## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FRESH ACQUISITIONS, LLC, *et al.*,[1] | § | Case No. 21-30721 (SGJ) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors' management, with the assistance of the Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by Mark Shapiro, Chief Restructuring Officer of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

Shapiro necessarily relied upon the efforts, statements, and representations of the Debtors' affiliated management companies, other personnel and advisors. Mr. Shapiro has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1. ***Description of Cases***. On April 20, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Fresh Acquisitions, LLC., et al.*, Case No. 21-30721 (SGJ) (Bankr. N.D. Tex.) [Docket No. 53]. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 30, 2021, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket No. 94].

2. ***"As Of" Information Date***. The information provided herein represents the data of the Debtors as of April 19, 2021, except for certain items which are as of mid-day on April 20, 2021 when the chapter 11 petitions were filed. Available cash is as of mid-day on April 20, 2021, and all other information including trade liabilities and principal and accrued interest on funded debt are provided as of April 19, 2021. Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of April 19, 2021. Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3. ***General Reservation of Rights***. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including: the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; dispute or

4832-9883-7226

otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.   ***Basis of Presentation*** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by any Debtor.  Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Unlike consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

5.   ***Confidential or Sensitive Information***.   There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual.  In addition, the very existence of certain agreements is (by the terms of such agreements) confidential.  These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable.  The alterations or redactions are limited only to what the Debtors believe is necessary to protect the Debtor or the applicable third-party.

6.   ***Causes of Action***.   Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege,

3

license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

7.     *Recharacterization*.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

8.     *Court Orders*.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA trust claim holders, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

9.     *Liabilities*.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10.    *Excluded Assets and Liabilities*.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.

11.    *Intellectual Property Rights.*  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such

4

intellectual property rights have not been abandoned, have not been terminated, otherwise have not expired by their terms, or have not been assigned or otherwise.

12. ***Property and Equipment***. Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

13. ***Intercompany Payables and Receivables***. The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

14. ***Estimates***. To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15. ***Fiscal Year***. Each Debtor's most recent fiscal year ended on December 30, 2020.

16. ***Currency***. All amounts are reflected in U.S. dollars.

17. ***Executory Contracts***. Although the Debtors are making diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

18. ***Leases***. The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the creditor will be included on Schedule E/F of the Schedules.

19. ***Insiders***. The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are or are not insiders for purpose of section 101(31) of the Bankruptcy Code.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

20. *Totals*. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

21. *Unliquidated Claim Amounts*. Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

22. *Undetermined Amounts*. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

23. *Credits and Adjustments*. The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

24. *Payments*. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and Perform Intercompany Transactions, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 8]). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

25. *Guaranties and Other Secondary Liability Claims*. The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and

6

similar agreements may exist and, to the extent they do, will be identified upon further review. Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

26. ***Consolidated Identification of Interests***. As set forth above, the Schedules and Statements, in certain instances, call for information that, if provided, would disclose the identities and personal contact information of certain individuals. The Debtors have elected to present such sensitive information as consolidated line items of similar interests. The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' propriety information.

27. ***Mechanics' Liens***. The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

28. ***Global Notes Control***. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

29. ***Entity Classification Issues***. The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including, but not limited to the facts that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities. In addition, financial activity for the Debtors is generally recorded under Debtor Buffets LLC for the Old Country Buffet®, Country Buffet®, HomeTown® Buffet, Ryan's®, and Fire Mountain® segments of their businesses.

## Specific Disclosures with Respect to the Debtors' Schedules

30. ***Schedule A/B***. Real property is reported at book value. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

4832-9883-7226

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

31. ***Schedule A/B 3.*** Amounts listed reflect the bank balance not the net book value. Bank account balances listed in Part 1 represent the balance as of April 20, 2021 prior to filing.

32. ***Schedule A/B 7.*** The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

33. ***Schedule A/B 8.*** The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but undertake no obligation to, to amend the Schedules and Statements if prepayments are incorrectly identified.

34. ***Schedule A/B 38–53.*** All furniture and equipment owned as of the Petition Date may not be listed. Certain kitchen equipment, such as ovens and mixers, and used furniture of inconsequential value, or that would require a cost to remove and store exceeding the benefit of retaining such property, has been abandoned pursuant to the various lease rejection motions filed in these chapter 11 cases. Dollar amounts for furniture, fixtures, and equipment are presented net of accumulated depreciation and other adjustments, except for certain locations where the Debtors planned to abandon items of *de minimis* value to the landlord. Because of the large number of items comprising the Debtors' furniture, fixtures, and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed to be an admission regarding the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

8

35.     ***Schedule A/B 59*** The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. Values are listed as unknown or undetermined where appropriate. Additionally, the Debtors maintain certain customer lists and information in conjunction with the operation of their Customer Programs as defined in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 10].

36.     ***Schedule A/B 73*** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, and (B) Renew, Supplement, and Enter Into New Insurance Policies, and (II) Granting Related Relief* [Docket No. 13]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Such policies are listed on Schedule A/B, Part 11 but have no value ascribed to them.

37.     ***Schedule A/B 75.*** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

38.     ***Schedule D.*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

39. ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.*** The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F are claims arising from tax, wage, or wage-related obligations to which the Debtors may potentially be liable. Certain of such claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F. Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. Additionally, as more fully set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 14], claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

40. ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

4832-9883-7226

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor. Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation. The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Schedule E/F, Part 2 also contains memo entries for former employees who are owed prepetition paid time off. These former employees are not scheduled individually in order to protect personal information; however, each former employee will receive information about their scheduled claim and have the opportunity to file a proof of claim.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such

Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

41.     ***Schedule G.*** While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors. The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G; however, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases. Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. In instances where the Debtors were unable to determine which Debtor is the party to a contract, agreement, or lease, the Debtors have listed such contracts, agreements, or leases on Schedule G for Debtor Fresh Acquisitions, LLC.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

42. ***Schedule H.*** The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

4832-9883-7226

**Specific Disclosures with Respect to the Debtors' Statements**

43.     ***Statement 3.***   Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $6,825, except for regular employee compensation and those made to insiders, which are reflected on Statements 4 and 30

44.     ***Statement 4.***   "Intercompany payments" mean payments made among or between debtors or their non-debtor affiliates as short term non-interest bearing loans, repayment of such loans, or management fees paid pursuant to management agreements.

         Payments made by the Debtors to GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services have not been listed in response to Question 4; such payments made by the Debtors to B. Riley have been listed in response to Question 11.

45.     ***Statement 7.***   The Debtors have identified "Case Title," in some instances, by the applicable plaintiff's name.  The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto.  In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

         The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute and admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

46.     ***Statement 11.***   The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date.   Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

47.     ***Statement 13*** – As a result of the COVID-19 pandemic, most of the Debtors' buffet format restaurants were permanently closed.  As a part of each restaurant closing, the equipment, furniture, and fixtures located in the restaurants were either abandoned to the landlord or auctioned by a third party.  In the cases where there were proceeds remaining for the Debtor after deducting auction expenses, they were typically less than $20,000 per restaurant.

48.     ***Statement 14 -*** To the extent that the Debtors vacated store locations during the three years immediately preceding the commencement date, information on these former store locations is contained in the Debtors' response to Question 14.

49.     ***Statement 26(d).***   From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions,

investment banks, vendors, landlords, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements, and because detailed records identifying all parties that have received such statements were not maintained by the Debtors, such parties are not listed in response to this question.

50.     ***Statement 27.***  The Debtors' employees perform weekly physical inventory counts in the ordinary course of business.  To the extent a location was closed, the inventory shown is $0.

51.     ***Statement 30.***  The Debtors have included responses to Question 30 in Question 4.

**Fill in this information to identify the case:**

Debtor name _____Buffets LLC (aka Ovation Brands)_____

United States Bankruptcy Court for the: _____Northern_____ District of ___Texas___
(State)

Case number (If known): _____21-30723-SGJ_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................
$ Unknown

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................
$ 86,736.45
Plus Unknown

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................
$ 86,736.45
Plus Unknown

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................
$ 500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................................
$ 2,397,507.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................
+ $ 22,268,291.88
Plus Unknown

4. **Total liabilities**.........................................................................................
   Lines 2 + 3a + 3b
$ 25,165,798.88
Plus Unknown

---

**Fill in this information to identify the case:**

Debtor name  Buffets LLC (aka Ovation Brands)

United States Bankruptcy Court for the:  Northern  District of  Texas
(State)

Case number (If known):  21-30723-SGJ

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | Arizona Bank & Trust | Concentration Account | 2555 | $17,791.54 |
| 3.2 | Arizona Bank & Trust | Disbursement Account | 2560 | $0.00 |
| 3.3 | Arizona Bank & Trust | Elavon Merch Account | 2198 | $0.00 |
| 3.4 | Arizona Bank & Trust | Merchant Deposit | 2584 | $0.00 |
| 3.5 | Arizona Bank & Trust | Utility | 3927 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$17,791.54**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
| --- | --- | --- |
| 7.1 | Gray Reed & McGraw LLP - retainer | $7,278.24 |
| 7.2 | B. Riley Advisory Services - retainer | $6,666.67 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | Buffets LLC (aka Ovation Brands) | Case number *(if known)* 21-30723-SGJ |
|---|---|---|
| | Name | |

Description, including name of holder of prepayment

8.1    AFM, All risk of physical loss or damage, ES646, Period: 8/1/20 - 8/1/21        unknown

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      $13,944.91 + Unknown

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:    _____ − _____ = ........➔
                 face amount     doubtful or uncollectible accounts

11b. Over 90 days old:    _____ − _____ = ........➔
                 face amount     doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:    Investments

**13. Does the debtor have any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | Current value |
|---|---|---|---|
| 15.1 Hometown Buffet, Inc. | 100% % | | Unknown |
| 15.2 OCB Restaurant Company, LLC | 100% % | | Unknown |
| 15.3 OCB Purchasing Co. | 100% % | | Unknown |
| 15.4 Ryan's Restaurant Group, LLC | 100% % | | Unknown |
| 15.5 Fire Mountain Restaurants, LLC | 100% % | | Unknown |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      unknown

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor ____Buffets LLC (aka Ovation Brands)____     Case number *(if known)* 21-30723-SGJ
      Name

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

Debtor    Buffets LLC (aka Ovation Brands)                 Case number *(if known)* 21-30723-SGJ
         Name

☐   Yes. Is any of the debtor's property stored at the cooperative?

     ☐   No

     ☐   Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐   No

     ☐   Yes. Book value _____ Valuation method ____ Current value_____

36. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐   No

     ☐   Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☐   No

     ☐   Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☑   No. Go to Part 8.

     ☐   Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7**

     Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☐   No

     ☐   Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☐   No

     ☐   Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☑   No. Go to Part 9.

     ☐   Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats,

---

| Debtor | Buffets LLC (aka Ovation Brands) | Case number (if known) 21-30723-SGJ |
|---|---|---|
| | Name | |

trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ☐ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 HTB - BLDG 127 WEST VALLEY BOULEVARD RIALTO CA 92376 | Lesee-lease agreement | | | Unknown |
| 55.2 HTB - BLDG 1431 SOUTH BRADLEY ROAD SANTA MARIA CA 93454 | Lesee-lease agreement | | | Unknown |
| 55.3 HTB - BLDG 1850 W EMPIRE AVE BURBANK CA 91504 | Lesee-lease agreement | | | Unknown |
| 55.4 HTB - GRD 127 WEST VALLEY BOULEVARD RIALTO CA 92376 | Lesee-lease agreement | | | Unknown |
| 55.5 HTB - GRD 127 WEST VALLEY BOULEVARD RIALTO CA 92376 | Lesee-lease agreement | | | Unknown |
| 55.6 HTB - GRD 1850 W EMPIRE AVE BURBANK CA 91504 | Lesee-lease agreement | | | Unknown |
| 55.7 HTB 10542-A SE WASHINGTON ST PORTLAND OR 97216 | Lesee-lease agreement | | | Unknown |
| 55.8 HTB 1315 GATEWAY BLVD FAIRFIELD CA 94533 | Lesee-lease agreement | | | Unknown |
| 55.9 HTB 2900 DEERFIELD DR JANESVILLE WI 53546 | Lesee-lease agreement | | | Unknown |
| 55.10 HTB 3520 W CARSON ST TORRANCE CA 90503 | Lesee-lease agreement | | | Unknown |
| 55.11 HTB 651 PALOMAR STREET CHULA VISTA CA 91911 | Lesee-lease agreement | | | Unknown |
| 55.12 OCB - BLDG 2513 MAIN STREET UNION GAP WA 98903 | Lesee-lease agreement | | | Unknown |
| 55.13 OCB 14150 NICOLLET AVE BURNSVILLE MN 55337 | Lesee-lease agreement | | | Unknown |
| 55.14 OCB 4401 TRANSIT RD BUFFALO NY 14221 | Lesee-lease agreement | | | Unknown |
| 55.15 OCB 5083 JONESTOWN ROAD HARRISBURG PA 17112 | Lesee-lease agreement | | | Unknown |
| 55.16 OCB 821 COUNTY ROUTE 64 ELMIRA NY 14903 | Lesee-lease agreement | | | Unknown |
| 55.17 OCB-BUFFALO-4401 TRANSIT RD, BUFFALO, NY  14221 | Lesee-lease agreement | | | Unknown |

Debtor    Buffets LLC (aka Ovation Brands)                                  Case number *(if known)* 21-30723-SGJ
        Name

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 55.18 | RYAN 1000 BREVARD RD ASHEVILLE NC 28806 | Lesee-lease agreement |  |  | Unknown |
| 55.19 | RYAN 1314 N MAIN STREET SUMMERVILLE SC 29483 | Lesee-lease agreement |  |  | Unknown |
| 55.20 | RYAN 2305 SHORTER AVE SW ROME GA 30165 | Lesee-lease agreement |  |  | Unknown |
| 55.21 | RYAN 243 STEVEN B TANGER BLVD COMMERCE GA 30529 | Lesee-lease agreement |  |  | Unknown |
| 55.22 | RYAN 3607 HWY 17 S NORTH MYRTLE BEACH SC 29582 | Lesee-lease agreement |  |  | Unknown |
| 55.23 | TJ 1040 HELEN POWER DRIVE VACAVILLE CA 95687 | Lesee-lease agreement |  |  | Unknown |
| 55.24 | TJ 3801 PELANDALE AVE BUILDING D MODESTO CA 95356 | Lesee-lease agreement |  |  | Unknown |
| 55.25 | TJ 4015 W CALDWELL VISALIA CA 93277 | Lesee-lease agreement |  |  | Unknown |
| 55.26 | TJ 485 MADONNA ROAD SAN LUIS OBISPO CA 93405 | Lesee-lease agreement |  |  | Unknown |
| 55.27 | TJ 7006 NORTH CEDAR AVENUE FRESNO CA 93720 | Lesee-lease agreement |  |  | Unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                                                   Unknown

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☒ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** |  |  |  |
| 61. **Internet domain names and websites** |  |  |  |
| 62. **Licenses, franchises, and royalties** |  |  |  |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists from loyalty programs |  |  | unknown |
| 64. **Other intangibles, or intellectual property** Intellecutal Property |  |  | unknown |
| 65. **Goodwill** |  |  |  |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                                                                                   Unknown

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No

    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒ No

    ☐ Yes

Debtor     Buffets LLC (aka Ovation Brands)                                    Case number (if known) 21-30723-SGJ
            Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

                                                                                    **Current value
                                                                                    of debtor's**

71. **Notes receivable**

    Description (include name of obligor)

    Affiliate Receivables                    $55,000.00      —       $ 0.00        = →        $55,000.00
                                             Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

                                                            Tax year
                                                            Tax year
                                                            Tax year

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**
    **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**
    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                      $55,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

Debtor ___Buffets LLC (aka Ovation Brands)_____  Case number (if known) 21-30723-SGJ
                Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets. Copy line 5, Part 1.** | $17,791.54 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $13,944.91 + Unknown | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | |
| 83. **Investments.** Copy line 17, Part 4. | unknown | |
| 84. **Inventory.** Copy line 23, Part 5. | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | |
| 88. **Real property.** *Copy line 56, Part 9.* . .................................................................... ➜ | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $55,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ........................... 91a. | $86,736.45 + Unknown | + 91b. Unknown |
| 92. **Total of all property on Schedule A/B.** *Lines 91a + 91b = 92.* .......................................................................... | | $86,736.45 + Unknown |

**Fill in this information to identify the case:**

Debtor name **Buffets LLC**

United States Bankruptcy Court for the: _____ District of _____

(State)

Case number (If known): **21-30723-SGJ**

## Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value | **Value of collateral that supports this claim** |

| 2.1 | Creditor's name | Describe debtor's property that is subject to a lien | $0.00 | Undetermined |
|---|---|---|---|---|
| s1586 | UNSECURED CREDITORS TRUSTEE | Substantially all assets | | |

**Creditor's Mailing Address**

FOR THE UNSECURED CREDITORS TRUST
101 PARK AVENUE
NEW YORK, NY  10178

**Creditor's email address, if known**

jhunt@metaadvisorsllc.com

**Date debt was incurred**

5/21/2017

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Secured debt arising under the Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code in bankruptcy case no. 16-50557. Debt has been paid in full pursuant to terms of the plan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor     **Buffets LLC**

Name

Case Number (if known)     21-30723-SGJ

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of Claim* | *Value of collateral* |
| | **Amount of Claim** | **that supports this** |
| | Do not deduct | **claim** |
| | the value | |

**2.2**

**s1601**

**Creditor's name**

VITANOVA BRANDS, LLC

**Creditor's Mailing Address**

2338 N. LOOP 1604 W #350
SAN ANTONIO, TX  78248

**Creditor's email address, if known**

msutherland@ccsb.com

**Date debt was incurred**

4/16/2021

**Last 4 digts of account number**

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

   ☑ No. Specify each creditor, including this
creditor and its relative priority.

   ☐ Yes. The relative priority of creditors
is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all assets

**Describe the lien**

MONEY LOANED

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $500,000.00 | Undetermined |
|---|---|

Debtor  **Buffets LLC**
_____
　　　Name

_____　21-30723 SGJ
　　　Case Number (if known)

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **UNSECURED CREDITORS' TRUSTEE FOR IN RE BUFFETS, LLC, ET. AL SHARI L. HEYEN 1000 LOUISIANA, SUITE 1700 HOUSTON, TX 77002** | s1586 | |
| **VITANOVA BRANDS, LLC C/O CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. MIKE SUTHERLAND 901 MAIN ST., STE. 5500 DALLAS, TX 75202** | s1601 | |

Debtor    **Buffets LLC**                                                **21-30723-SGJ**
_____          _____
          Name                                                      Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
|---------|------------------------------------------------|

| | **Total of Claim Amounts** |
|---|---|

**3a. Total of the dollar amounts from Part 1, Column A,**
**including the amounts from the Additional Page, if any.**    **3a.**    **$500,000.00**

**Fill in this information to identify the case:**

Debtor name **Buffets LLC (aka Ovation Brands)**

United States Bankruptcy Court for the: _____ District of _____

(State)

Case number (If known): **21-30723-SGJ**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

s1636
**ALAMEDA COUNTY, CALIFORNIA**
**1221 OAK ST, RM 131**
**TAX COLLECTOR**
**OAKLAND, CA  94612-4286**

Date or dates debt was incurred
**Various**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**BUSINESS PERSONAL PROPERTY**

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $7,116.96    Priority Amount $7,116.96

---

**2.2** Priority creditor's name and mailing address

s1559
**ARIZONA DEPARTMENT OF REVENUE**
**PO BOX 29010**
**PHOENIX, AZ  85038-9010**

Date or dates debt was incurred

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SALES TAX**

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $69,260.43    Priority Amount $69,260.43

---

**2.3** Priority creditor's name and mailing address

s1661
**BANKS COUNTY, GEORGIA**
**150 HUDSON RIDGE STE 7**
**TAX COMMISSIONER**
**HOMER, GA  30547-3126**

Date or dates debt was incurred
**Various**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**BUSINESS PERSONAL PROPERTY**

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $3,157.05    Priority Amount $3,157.05

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,417.87 | $1,417.87 |
|---|---|---|---|---|
| s1669 | BERKELEY COUNTY, SOUTH CAROLINA<br>PO BOX 6122<br>TREASURER<br>MONCKS CORNER, SC 29461-6120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>BUSINESS PERSONAL PROPERTY | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.04 | $1,965.04 |
|---|---|---|---|---|
| s1688 | BUNCOMBE COUNTY TAX DEPARTMENT<br>PO BOX 3140<br>ASHEVILLE, NC 28802-3140 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>BUSINESS PERSONAL PROPERTY | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064,157.30 | $1,064,157.30 |
|---|---|---|---|---|
| s1560 | CALIFONIA DEPT OF TAX AND FEE<br>ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO, CA 942879 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346,666.31 | $346,666.31 |
|---|---|---|---|---|
| s1561 | CALIFORNIA STATE-DEPT OF INDUSTRIAL<br>RELATIONS<br>PO BOX 942857<br>FRANCHISE TAX BOARD<br>SACRAMENTO, CA 94257-0631 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>FRANCHISE TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| <span style="background:black;color:white">Part 1:</span> | **All Creditors with PRIORITY Unsecured Claims** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,655.56 | $5,655.56 |
|---|---|---|---|---|

**2.8**
**s1750**

CLACKAMAS COUNTY, OREGON
PO BOX 6100
PORTLAND, OR 97228-6100

**Total Claim** $5,655.56 **Priority Amount** $5,655.56

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.9**
**s1751**

CLARK COUNTY, WASHINGTON
TREASURER'S OFFICE
PO BOX 35150
SEATTLE, WA 98124-5150

**Total Claim** $5,587.96 **Priority Amount** $5,587.96

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.10**
**s1562**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 10549
TAXPAYER SERVICES DIVISION
ATLANTA, GA 30348-5499

**Total Claim** $52,771.01 **Priority Amount** $52,771.01

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.11**
**s1871**

HARRISON COUNTY, WEST VIRGINIA
301 W MAIN ST
TAX COLLECTOR
CLARKSBURG, WV 26301

**Total Claim** $2,066.08 **Priority Amount** $2,066.08

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.12**
s1887

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,182.49 | $2,182.49 |
|---|---|---|---|
| HORRY COUNTY, SOUTH CAROLINA<br>PO BOX 1275<br>TREASURERS OFFICE<br>CONWAY, SC 29528 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>Various | Basis for the claim:<br>BUSINESS PERSONAL PROPERTY | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.13**
s1563

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,511.20 | $76,511.20 |
|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.14**
s1564

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,197.10 | $36,197.10 |
|---|---|---|---|
| INDIANA DEPARTMENT OF REVENUE<br>PO BOX 6032<br>INDIANAPOLIS, IN 46206-6032 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.15**
s1565

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,742.00 | $15,742.00 |
|---|---|---|---|
| KENTUCKY STATE TREASURER<br>KENTUCKY DEPATMENT OF REVENUE<br>FRANKFORT, KY 40619 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

**21-30723-SGJ**
_____
Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

**2.16**

s1925

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,649.14 | $26,649.14 |
|---|---|---|---|
| LAKE COUNTY, INDIANA<br>2293 N MAIN ST<br>TREASURER OF LAKE COUNTY<br>CROWN POINT, IN 46307 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>Various | Basis for the claim:<br>BUSINESS PERSONAL PROPERTY | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.17**

s1566

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,612.55 | $16,612.55 |
|---|---|---|---|
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 4969<br>BATON ROUGE, LA 70821-4969 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.18**

s1567

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,684.66 | $16,684.66 |
|---|---|---|---|
| MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64649<br>SAINT PAUL, MN 55164-0649 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.19**

s1981

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.50 | $1,507.50 |
|---|---|---|---|
| NASH COUNTY, NORTH CAROLINA<br>120 WEST WASHINGTON ST STE 2058<br>TAX DEPARTMENT<br>NASHVILLE, NC 27856 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>Various | Basis for the claim:<br>BUSINESS PERSONAL PROPERTY | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|-----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.20** Priority creditor's name and mailing address

s1568 **NEW YORK STATE DEPT OF TAX AND FINANCE COMMISSIONER OF TAXATION AND FINANCE NYS ASSESSMENT RECEIVABLES PO BOX 4127 BINGHAMTON, NY 13902-4127**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $59,687.08  Priority Amount: $59,687.08

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.21** Priority creditor's name and mailing address

s1569 **NORTH CAROLINA DEPARTMENT OF REVENUE PO BOX 25000 RALEIGH, NC 27640-0002**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $134,937.70  Priority Amount: $134,937.70

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.22** Priority creditor's name and mailing address

s1570 **OHIO DEPARTMENT OF TAXATION PO BOX 2678 COLUMBUS, OH 43216-2678**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $14,260.94  Priority Amount: $14,260.94

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.23** Priority creditor's name and mailing address

s1571 **PA DEPARTMENT OF REVENUE PO BOX 280404 HARRISBURG, PA 17128-0404**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $35,412.19  Priority Amount: $35,412.19

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.24**
s2016

Priority creditor's name and mailing address

PIERCE COUNTY, WASHINGTON
PO BOX 11621
BUDGET FINANCE
TACOMA, WA 98411-6621

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $3,468.88  Priority Amount: $3,468.88

Date or dates debt was incurred
Various

Basis for the claim:
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25**
s1572

Priority creditor's name and mailing address

SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 2535
COLUMBIA, SC 29202-2535

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $41,659.71  Priority Amount: $41,659.71

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26**
s1100

Priority creditor's name and mailing address

STATE OF DELAWARE
PO BOX 5509
BINGHAMTON, NJ 13902

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,570.00  Priority Amount: $1,570.00

Date or dates debt was incurred
2/1/2020

Basis for the claim:
TAX NOTICE

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.27**
s1573

Priority creditor's name and mailing address

STATE OF MAINE
PO BOX 9101
MAINE REVENUE SERVICES
AUGUSTA, ME 04332-9101

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $14,490.16  Priority Amount: $14,490.16

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)                                    21-30723-SGJ

Debtor Name                                                        Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,681.72 | $15,681.72 |
|---|---|---|---|---|
| s1574 | STATE OF MISSISSIPPI<br>PO BOX 1033<br>JACKSON, MS 39215 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171,241.23 | $171,241.23 |
|---|---|---|---|---|
| s1575 | STATE OF WASHINGTON DEPT OF REVENUE<br>PO BOX 47476<br>TAXPAYER ACCT ADMIN DIVISION<br>OLYMPIA, WA 98504-7476 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,161.97 | $61,161.97 |
|---|---|---|---|---|
| s1576 | STATE OF WEST VIRGINIA STATE TAX DEPT<br>PO BOX 2745<br>TAXPAYER SERVICES DIVISION<br>CHARLESTON, WV 25330-2745 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,699.42 | $34,699.42 |
|---|---|---|---|---|
| s1577 | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE OFFICE BUILDING<br>NASHVILLE, TN 37242 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|
| s1578 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 149348 AUSTIN, TX 78714-9348 | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.05 | $1,649.05 |
|---|---|---|---|---|
| s2178 | WARE COUNTY, GEORGIA PO BOX 1825 TAX COMMISSIONER WAYCROSS, GA 31502-1875 | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred Various | Basis for the claim: BUSINESS PERSONAL PROPERTY | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,572.74 | $55,572.74 |
|---|---|---|---|---|
| s1579 | WISCONSIN DEPARTMENT OF REVENUE PO BOX 8902 MADISON, WI 53708-8902 | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: SALES TAX | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | Is the claim subject to offset? ☑ No ☐ Yes | | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,333.33 |

s1615  2613 E CLAIREMONT, LLC
2822 LONDON ROAD
EAU CLAIRE, WI 54701

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 |

s1616  3`S AMIGOS LANDSCAPING
1445 E EL MORO CIR
MESA, AZ 85204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |

s1617  5 STAR LAWNS LLC
PO BOX 2529
WAYCROSS, GA 31502

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $258,028.82 |

s1618  5561 SULTANA LLC
C/O HIGHPOINT CAPITAL GROUP LLC
18321 VENTURA BLVD SUITE 980
TARZANA, CA 91356

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | $10,921.68 |

**s1619**

A & W PLUMBING AND HEATING
11 ALLIANCE AVE
MURPHYSBORO, IL 62966

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | $348.82 |

**s1620**

A ONE REFRIGERATION & HEATING INC
1611 W KENNEWICK AVE
KENNEWICK, WA 99336

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | $438.00 |

**s1621**

A+ UPHOLSTERY & DESIGN
RONALD JAMES HUMBERD
2000 NE 42ND AVE #129
PORTLAND, OR 97213

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | $3,741.80 |

**s1622**

AAA LANDSCAPING LLC
358 RIDGEWAY DR
BRIDGEPORT, WV 26330

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 11 of 178

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,719.87 |

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,719.87

s1623 **AAA QUALITY APPLIANCE CARE**
243 GRIMES STREET SUITE B
EUGENE, OR 97402

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $966.34

s1624 **AB DEPENDABLE LOCK & SAFE LLC**
74737 HIGHWAY 41
PEARL RIVER, LA 70452

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,453.89

s2614 **AB REAL ESTATE LLC**
2338 N. LOOP 1604 W. STE 350
SAN ANTONIO, TX 78248

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **PROPERTY TAX DUE TO LANDLORD**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,922.56

s1625 **ABC FIRE CONTROL INC**
1113 N 6TH AVE
YAKIMA, WA 98902

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.78 |
|---|---|---|---|

s1626   ABRAHAMS CARPET AND FLOOR CLEANING
1408 EAST 20TH STREET
SANTA ANA, CA 92705

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,666.10 |
|---|---|---|---|

s1627   ACADEMY FIRE LIFE SAFETY LLC
42 BROADWAY
LYNBROOK, NY 11563

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,153.25 |
|---|---|---|---|

s1628   ACE EQUIPMENT AND SPECIALTY SERVICES
1880 HARBOR DR
SPRINGFIELD, OR 97477

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 |
|---|---|---|---|

s1629   ADC CLEANING SERVICES LLC
813 BARCELONA STREET
TOWNSEND, DE 19734

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,566.79 |
|---|---|---|---|
| s1630 | ADVANCED GRAPHIX<br>4MZ INC<br>520 23RD STREET<br>LUBBOCK, TX  79404 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   MARKETING | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,458.69 |
|---|---|---|---|
| s1631 | ADVANCED PLUMBING AND ROOTER SERVICE<br>38 COMMERCE PL STE A<br>VACAVILLE, CA  95687 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,641.12 |
|---|---|---|---|
| s1447 | AGILEO LOPEZ<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   LITIGATION-WAGE&HOUR | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s1049 | AGUILAR,MARIA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   10/26/2018 | Basis for the claim:   WORKERS COMPENSATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)                                                        21-30723-SGJ

Debtor Name                                                                            Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|------|------|------|------|

s1070   AGUILAR,STELLA
        ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   11/18/2019          Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,719.90 |
|------|------|------|------|

s1632   AIR FLOW AIR CONDITIONING REFRIGERATION INC
        26007 N 101 AVE
        PEORIA, AZ  85383

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various          Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141,194.60 |
|------|------|------|------|

s1633   AIRESPRING INC
        1801 W OLYMPIC BLVD
        FILE 1422
        PASADENA, CA  91199-1422

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various          Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|------|------|------|------|

s1634   AJ`Z CARPET CLEANING
        10148 4TH PL
        HIGHLAND, IN  46322

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various          Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $312,749.76 |
|---|---|---|---|
| s1635 | AKERMAN LLP<br>PO BOX 4906<br>ORLANDO, FL 32802 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    **Various**

Basis for the claim:   **PROFESSIONALS**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 |
|---|---|---|---|
| s1637 | ALERT FIRE SYSTEMS<br>PO BOX 1169<br>STATHAM, GA 30666 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s1091 | ALFARO,MARIA<br>ADDRESS REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    **11/18/2019**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,329.24 |
|---|---|---|---|
| s1638 | ALL METALS SOLUTIONS LLC<br>PO BOX 10775<br>YAKIMA, WA 98909 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.00 |
| s1639 | ALL OUT LANDSCAPING INC<br>184 MORGAN COVE RD<br>CANDLER, NC 28715 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,573.10 |
| s1640 | ALLIANT ENERGY / WP&L<br>PO BOX 3062<br>CEDAR RAPIDS, IA 52406-3062 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| s1089 | ALLISON,EDWARD<br>ADDRESS REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **4/13/2019** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,174.46 |
| s1641 | ALPINE REFRIGERATION HEATING & COOLING<br>PO BOX 395<br>NIPOMO, CA 93444 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 |
|---|---|---|---|
| s1642 | ALTERNATIVE PLUMBING PLUS INC<br>6205 N SUMMIT STREET<br>TOLEDO, OH 43611 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s1068 | ALVAREZ,ROSALBA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred    2/21/2020

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.97 |
|---|---|---|---|
| s1643 | AMEREN ILLINOIS<br>PO BOX 88034<br>CHICAGO, IL 60680-1034 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,578.32 |
|---|---|---|---|
| s1644 | AMRON MECHANICAL INC<br>PO BOX 4123<br>MANTECA, CA 95337 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1074 ANAYA,SONIA
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    1/22/2017

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,343.81 |
|---|---|---|---|

s1646 ANDERSON MARKETING GROUP
7420 BLANCO ROAD SUITE 200
SAN ANTONIO, TX  78216

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   MARKETING

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,366.25 |
|---|---|---|---|

s1647 ANGEL PLUMBING SERVICES
11427 ARMINTA ST
NORTH HOLLYWOOD, CA  91605

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,884.77 |
|---|---|---|---|

s1648 APPALACHIAN POWER
PO BOX 371496
PITTSBURG, PA  1520-7496

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,414.37 |

s1649

APS
PO BOX 60015
PRESCOTT, AZ 86304-6015

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,664.45 |

s1650

ARAMARK UNIFORM SERVICES
115 NORTH FIRST STREET
BURBANK, CA 91502

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144,351.72 |

s1651

ARC PROPERTIES PARTNERSHIP LP
PO BOX 847390
ARC PROPERTIES PARTNERSHIP LP
DALLAS, TX 75284-7390

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **RENT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.50 |

s1652

ARIZONA CUTLERY & SHARPENING SERVICE INC
12620 N CAVE CREEK RD STE 4
PHOENIX, AZ 85022

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.45** Nonpriority creditor's name and mailing address

s1419  **ARMANDO SARMENTO**
ADDRESS REDACTED

As of the petition filing date, the claim is:   UNKNOWN

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

s1653  **AT&T**
PO BOX 5019
CAROL STREAM, IL  60197-5019

As of the petition filing date, the claim is:   $14.65

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

s1654  **ATMOS ENERGY CORPORATION**
PO BOX 790311
ST LOUIS, MO  63179-0311

As of the petition filing date, the claim is:   $3,170.51

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

s1655  **AYALA LANDSCAPING LLC**
ANDRES AYALA
133 MACARTHUR DR
WILMINGTON, DE  19804

As of the petition filing date, the claim is:   $2,175.00

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.49**

s1656

Nonpriority creditor's name and mailing address

**AZUSA LIGHT & WATER**
PO BOX 7030
ARTESIA, CA 90702-7030

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

$470.62

---

**3.50**

s1657

Nonpriority creditor's name and mailing address

**B&R FIRE AND SAFETY**
PO BOX 91426
LOUISVILLE, KY 40291

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$1,291.14

---

**3.51**

s1658

Nonpriority creditor's name and mailing address

**BACKFLOW INDEPANDANT TESTING & SERVICE**
5671 E MADISON AVE
FRESNO, CA 93727

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$347.50

---

**3.52**

s1659

Nonpriority creditor's name and mailing address

**BAKER & MCKENZIE, LLP**
1900 NORTH PEARL ST., SUITE 1500
DALLAS, TX 75201

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    PROFESSIONALS

Is the claim subject to offset?
☑ No
☐ Yes

$761.00

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.53**

s1660

**Nonpriority creditor's name and mailing address**

BAKERSFIELD, CALIFORNIA
PO BOX 2057
FINANCE DEPT
BAKERSFIELD, CA 93303

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

$98.00

---

**3.54**

s1662

**Nonpriority creditor's name and mailing address**

BARGREEN ELLINGSON
PO BOX 94328
LOCKBOX #310055
SEATTLE, WA 98124-6628

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

$1,314.01

---

**3.55**

s1663

**Nonpriority creditor's name and mailing address**

BEAVERTON, OREGON
PO BOX 4755
BEAVERTON, OR 97005

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

$2,673.74

---

**3.56**

s1664

**Nonpriority creditor's name and mailing address**

BELL PALM PLAZA LP
ACCT# 110771 HO004090
PO BOX 353
RODEO, CA 94572

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    RENT

Is the claim subject to offset?

☑ No
☐ Yes

$262,521.30

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,805.93 |
|---|---|---|---|
| s1665 | BENCHMARK CLARENCE ASSOCIATES LLC<br>4053 MAPLE RD SUITE 200<br>AMHERST, NY 14226 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.89 |
|---|---|---|---|
| s1666 | BENEDICT REFRIGERATION INC<br>1003 HARLEM ST<br>ALTOONA, WI 54720 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,669.36 |
|---|---|---|---|
| s1668 | BENTON PUD<br>PO BOX 6270<br>2721 WEST 10TH AVE<br>KENNEWICK, WA 99336-0270 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,268.42 |
|---|---|---|---|
| s1670 | BERKELEY ELECTRIC COOPERATIVE INC<br>PO BOX 530812<br>ATLANTA, GA 30353-0812 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)                                     21-30723-SGJ

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,537.80 |
|------|--------------------------------------------------|------------------------------------------------|-----------|

s1671    BEST & FLANAGAN LLP
60 SOUTH SIXTH STREET, SUITE 2700
MINNEAPOLIS, MN 55402

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PROFESSIONALS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195,954.12 |
|------|--------------------------------------------------|------------------------------------------------|-------------|

s1672    BG BIG FLATS II-III LLC
C/O DLC MANAGEMENT CORP
PO BOX 5122
WHITE PLAINS, NY 10602-5122

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.93 |
|------|--------------------------------------------------|------------------------------------------------|---------|

s1673    BIG FLATS, NEW YORK
476 MAPLE ST
WATER UTILITIES
BIG FLATS, NY 14814-9799

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170,274.50 |
|------|--------------------------------------------------|------------------------------------------------|-------------|

s1674    BIGGI DEVELOPMENT PARTNERSHIP
PO BOX 1698
BEAVERTON, OR 97075

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,897.68 |
|---|---|---|---|

s1675   BIX PRODUCE CO LLC
3060 CENTERVILLE RD
LITTLE CANADA, MN 55117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,027.53 |
|---|---|---|---|

s1676   BLAKE COMPANY INC
PO BOX 1776
KENT, WA 98035-1776

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $315,000.00 |
|---|---|---|---|

s1677   BLUE BANNER PROPERTIES, LLC
PO BOX 226
RIVERSIDE, CA 92502

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,110.43 |
|---|---|---|---|

s1678   BLUE CROSS BLUE SHIELD OF TEXAS
PO BOX 650615
DALLAS, TX 75265-0615

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   INSURANCE

Last 4 digts of account number

Is the claim subject to offset?
☒ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.01 |
|---|---|---|---|

s1679  BOB LARSON PLUMBING LLC
4320 128TH STREET E
TACOMA, WA  98446

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.56 |
|---|---|---|---|

s1680  BOWLING GREEN MUNICIPAL UTILITY
PO BOX 10360
BOWLING GREEN, KY  42102-0360

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,155.50 |
|---|---|---|---|

s1681  BOWLING GREEN REFRIGERATION INC
PO BOX 1096
BOWLING GREEN, KY  42102-1096

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,200.00 |
|---|---|---|---|

s1682  BOWLING GREEN, KENTUCKY
PO BOX 1410
BOWLING GREEN, KY  42101

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)                                            21-30723-SGJ

Debtor Name                                                                Case Number (if known)

---

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $253,508.00 |

| | | |
|---|---|---|
| s1683 | **BRADLEY PARTNERSHIP RENT**<br>**PACIFICA COMMERCIAL REALTY**<br>**2520 PROFESSIONAL PARKWAY**<br>**SANTA MARIA, CA 93455** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

Date or dates debt was incurred    Various          **Basis for the claim:** RENT

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $248,032.62 |

| | | |
|---|---|---|
| s1684 | **BRFI GATEWAY, LLC**<br>**PO BOX 3577 DEPT P**<br>**SEATTLE, WA 98124-3577** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

Date or dates debt was incurred    Various          **Basis for the claim:** RENT

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $195,416.04 |

| | | |
|---|---|---|
| s1685 | **BRICKTOWN SQUARE LLC**<br>**PO BOX 310655**<br>**DES MOINES, IA 50331-0655** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

Date or dates debt was incurred    Various          **Basis for the claim:** RENT

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,296.34 |

| | | |
|---|---|---|
| s1686 | **BROTHERS PRODUCE INC - HOUSTON**<br>**PO BOX 1207**<br>**FRIENDSWOOD, TX 77549** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred    Various          **Basis for the claim:** FOOD/BEVERAGE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

---

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $655.21 |
|---|---|---|---|

**s1687**

BUFFALOS EXPERT SERVICE TECHNICIANS INC
3003 GENESEE STREET
BUFFALO, NY 14225

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $356,195.60 |
|---|---|---|---|

**s2618**

BUFFETS EMPLOYEE PAID TIME OFF
(NOT ELIGIBLE UNDER 507(A)(4)(A)

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **AGGREGATED PTO**
**BUFFETS EMPLOYEE PAID TIME OFF (NOT ELIGIBLE UNDER 507(A)(4)(A))**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,684.40 |
|---|---|---|---|

**s1689**

BURBANK WATER AND POWER
PO BOX 631
BURBANK, CA 91503-6031

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.50 |
|---|---|---|---|

**s1690**

BURBANK, CALIFORNIA
PO BOX 6459
LICENSE & CODE SERVICES DIVISION
BURBANK, CA 91510

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 |

**s1691** BUZY BEE BOARD UP
27 N WACKER DR
SUITE # 412
CHICAGO, IL 60606

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.82   Nonpriority creditor's name and mailing address

**s1692** C AND T HVACR
157 EAST THIRD ST
CORNING, NY 14830

As of the petition filing date, the claim is:   $3,299.54

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.83   Nonpriority creditor's name and mailing address

**s1693** CADILLAC COFFEE CO
PO BOX 932249
CLEVELAND, OH 44193

As of the petition filing date, the claim is:   $807.74

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.84   Nonpriority creditor's name and mailing address

**s1694** CAISSON REAL ESTATE BROKERAGE, LLC
7457 HARWIN DRIVE, SUITE 140
HOUSTON, TX 77036

As of the petition filing date, the claim is:   $49,083.57

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 30 of 178

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,316.94 |
|---|---|---|---|

s1695    **CALIFORNIA STATE-DEPARTMENT OF INDUSTRIAL RELATIONS**
PO BOX 942857
FRANCHISE TAX BOARD
SACRAMENTO, CA 94257-0631

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **Various**

**Basis for the claim:**   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,850.29 |
|---|---|---|---|

s1696    **CALIFORNIA WATER SERVICE CO**
PO BOX 51967
LOS ANGELES, CA 90051-6267

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **Various**

**Basis for the claim:**   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 |
|---|---|---|---|

s1697    **CAMP CREEK MOUNTAIN MAINTENANCE**
1938 CAMP CREEK ROAD
CAMP CREEK, WV 25820

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **Various**

**Basis for the claim:**   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,728.69 |
|---|---|---|---|

s1698    **CAMPBELL FIRE & SAFETY INC**
1400 WARREN AVE
MOUNT VERNON, IL 62864

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **Various**

**Basis for the claim:**   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Buffets LLC (aka Ovation Brands)                                              21-30723-SGJ
_____
Debtor Name                                                                  Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $6,873.00 |
| s1699 | CAPITOL CORPORATE SERVICES INC<br>PO BOX 1831<br>AUSTIN, TX  78767 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** Various | **Basis for the claim:**   GENERAL & ADMINISTRATIVE |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $690.64 |
| s1700 | CAPITOL NEON<br>5920 ROSEBUD LANE<br>SACRAMENTO, CA  95841 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** Various | **Basis for the claim:**   REPAIRS & MAINTENANCE |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $301.72 |
| s1701 | CAPITOL SQUARE MERCHANTS ASSOC<br>1388 SUTTER ST STE 730<br>SAN FRANCISCO, CA  94109 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | **Date or dates debt was incurred** Various | **Basis for the claim:**   RENT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $11,076.79 |
| s1702 | CAPITOL SQUARE PARTNERS<br>1388 SUTTER ST STE 730<br>SAN FRANCISCO, CA  94109 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| | **Date or dates debt was incurred** Various | **Basis for the claim:**   RENT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,560.86 |

s1703

CARBONS GOLDEN MALTED
PO BOX 129
CONCORDVILLE, PA 19331-0128

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

s1092

CARDENAS,JUANA
ADDRESS REDACTED

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   10/20/2017

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.68 |

s1704

CAREERBUILDER LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693-0130

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.91 |

s1705

CARLENE HARRELL
117 N JERNIGAN DR #24
UNION CITY, TN 38261

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,300.00 |
|---|---|---|---|

s1706 | CARPET DOCTOR
MICHAEL D ALDRIDGE
97 RED TAIL LANE
POPLAR BLUFF, MO  63901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,821.34 |
|---|---|---|---|

s1707 | CASCADE NATURAL GAS
PO BOX 5600
BISMARCK, ND  58506-5600

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1038 | CASTANEDA, ROSA
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **3/21/2019**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1065 | CASTILLO VELAS,JORGE
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **3/17/2020**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.101**    Nonpriority creditor's name and mailing address

UNKNOWN

**s1078**    CASTRO,LUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.102**    Nonpriority creditor's name and mailing address

$407.56

**s1708**    CEDAR LAKE ELECTRIC INC
20700 BAGLEY AVE
FAIRBAULT, MN 55021-7836

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.103**    Nonpriority creditor's name and mailing address

$1,039.32

**s1709**    CEN CAL MECHANICAL INC
PO BOX 647
SANTA MARIA, CA 93456-0647

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.104**    Nonpriority creditor's name and mailing address

$275,267.16

**s1710**    CENTERCAP HOLDING LLC
PO BOX 826342
PHILADELPHIA, PA 19182-6342

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,671.68 |
|---|---|---|---|

**s1711**

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210-4981

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,101.75 |
|---|---|---|---|

**s1712**

CENTRAL MAINE POWER CO
PO BOX 847810
BOSTON, MA 02284-7810

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,056.19 |
|---|---|---|---|

**s1713**

CHARLESTON SANITARY BOARD
PO BOX 7949
CITY OF CHARLESTON FEES
CHARLESTON, WV 25356-7949

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

**s1714**

CHARLESTON, WEST VIRGINIA
915 QUARRIER ST STE 4
CITY COLLECTORS OFFICE
CHARLESTON, WV 25301

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,767.57 |
|---|---|---|---|
| s1715 | CHEMUNG COUNTY, NEW YORK<br>600 MILTON ST<br>SEWER DISTRICTS<br>ELMIRA, NY 14904 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.55 |
|---|---|---|---|
| s1716 | CHILL MASTERS INC<br>PO BOX 41025<br>MESA, AZ 85274 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.70 |
|---|---|---|---|
| s1717 | CHOCK BARHOUM LLP<br>121 SW MORRISON STREET, SUITE 415<br>PORTLAND, OR 97204 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   GENERAL & ADMINISTRATIVE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,360.50 |
|---|---|---|---|
| s1718 | CHRISTENSEN GROUP INSURANCE<br>9855 WEST 78TH STREET, SUITE 100<br>EDEN PRAIRIE, MN 55344 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   INSURANCE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $453.75 |
| s1719 | CHULA VISTA, CALIFORNIA<br>PO BOX 142588<br>ALARM PROGRAM<br>IRVING, TX 75014-2588 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $800.00 |
| s1720 | CIMCO INC<br>PO BOX 480<br>CULLODEN, WV 25510 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,728.93 |
| s1721 | CITY OF ASHVILLE UTILITIES<br>PO BOX 733<br>ASHEVILLE, NC 28802-0733 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $424.90 |
| s1722 | CITY OF BAKERSFIELD WATER SYSTEM<br>3725 SOUTH H ST<br>BAKERSFIELD, CA 93304-6538 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,753.33 |
|---|---|---|---|
| s1723 | CITY OF BEAVERTON UTILITIES<br>PO BOX 3188<br>PORTLAND, OR 97208-3188 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
|---|---|---|---|
| s1724 | CITY OF CHICAGO<br>PO BOX 95242<br>HANSEN IPI<br>CHICAGO, IL 60694-5242 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: GENERAL & ADMINISTRATIVE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.54 |
|---|---|---|---|
| s1725 | CITY OF CLARKSBURG<br>ATTN: BUSINESS & OCCUPATION TAX RETURN<br>222 WEST MAIN STREET<br>CLARKSBURG, WV 26301 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: BUSINESS LICENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,352.12 |
|---|---|---|---|
| s1726 | CITY OF CONROE UTILITIES<br>PO BOX 1669<br>HOUSTON, TX 77251-1669 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.87 |
|---|---|---|---|

**s1727**  CITY OF DOWNEY - UTILITIES DIVISION
DEPT LA 23221
PASADENA, CA  91185-3221

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,435.87 |
|---|---|---|---|

**s1728**  CITY OF FRESNO UTILITIES
PO BOX 2069
UTILITIES BILLING & COLLECTION
FRESNO, CA  93718-2069

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,025.89 |
|---|---|---|---|

**s1729**  CITY OF GARDEN GROVE UTILITIES
PO BOX 3070
GARDEN GROVE, CA  92842-3070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,943.88 |
|---|---|---|---|

**s1730**  CITY OF GREENFIELD UTILITY
PO BOX 20739
GREENFIELD, WI  53220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,761.70 |
| s1731 | **CITY OF HEMET UTILITIES**<br>**445 EAST FLORIDA AVENUE**<br>**HEMET, CA  92543-4209** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **Various** | Basis for the claim:   **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,252.84 |
| s1732 | **CITY OF LAKE CHARLES WATER DIVISION**<br>**PO BOX 1727**<br>**LAKE CHARLES, LA  70602** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **Various** | Basis for the claim:   **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,815.85 |
| s1733 | **CITY OF LOMA LINDA UTILITIES**<br>**25541 BARTON RD**<br>**FINANCE DEPT**<br>**LOMA LINDA, CA  92354** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **Various** | Basis for the claim:   **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,013.42 |
| s1734 | **CITY OF MESA UTILITIES**<br>**PO BOX 1878**<br>**MESA, AZ  85211-1878** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **Various** | Basis for the claim:   **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.13 |
|---|---|---|---|

s1735 CITY OF MT. VERNON, IL UTILITIES
1100 MAIN STREET
PO BOX 1708
MT VERNON, IL  62864

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,422.51 |
|---|---|---|---|

s1736 CITY OF NORTH MYRTLE BEACH UTILITY
1016 2ND AVE SOUTH
UTILITY BILLING
NORTH MYRTLE BEACH, SC  29582

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,390.04 |
|---|---|---|---|

s1737 CITY OF PHOENIX UTILITIES
PO BOX 29100
PHOENIX, AZ  85038-9100

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,414.66 |
|---|---|---|---|

s1738 CITY OF PICAYUNE UTILITIES
203 GOODYEAR BLVD
PICAYUNE, MS  39466

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Buffets LLC (aka Ovation Brands)                                                    21-30723-SGJ

Debtor Name                                                                        Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Amount of Claim** |
|---|---|---|

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,216.06 |
|---|---|---|---|

**s1739** CITY OF ROME UTILITIES
PO BOX 1711
ROME, GA 30162-1711

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,152.76 |
|---|---|---|---|

**s1740** CITY OF SALEM UTILITY BILLING
PO BOX 2795
PORTLAND, OR 97208-2795

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,314.88 |
|---|---|---|---|

**s1741** CITY OF SAN DIEGO PUBLIC UTILITIES
PUBLIC UTILITIES DEPT
CUSTOMER CARE CENTER
PO BOX 129020
SAN DIEGO, CA 92112-9020

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,809.01 |
|---|---|---|---|

**s1742** CITY OF SANTA ANA UTILITIES
TREASURY DIVISION-MUNICIPAL UTILITY SERVICES
20 CIVIC CENTER PLAZA-PO BOX 1964
SANTA ANA, CA 92702-1924

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,868.74 |

s1743 **CITY OF SANTA MARIA UTILITIES**
110 E COOK ST RM 9
SANTA MARIA, CA 93454-5190

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,017.04 |

s1744 **CITY OF STOCKTON UTILITIES**
PO BOX 7193
PASADENA, CA 91109-7193

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.82 |

s1745 **CITY OF TORRANCE UTILITIES**
PO BOX 845629
LOS ANGELES, CA 90084-5629

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,518.07 |

s1746 **CITY OF TURLOCK UTILITIES**
156 S BROADWAY STE 114
FINANCE DIVISION
TURLOCK, CA 95380

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)                                      21-30723-SGJ

Debtor Name                                                          Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | | |
|---|---|---|
| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $886.89 |

**s1747**   **CITY OF UNION GAP UTILITIES**
PO BOX 3008
UNION GAP, WA 98903

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.142   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $13,944.90

**s1748**   **CITY OF VISALIA - UTILITY BILLING**
PO BOX 80268
CITY OF INDUSTRY, CA 91716-8268

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.143   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $955.00

**s1749**   **CITY PLUMBING**
3498 W ASHCROFT AVE
FRESNO, CA 93722

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.144   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $371.40

**s1752**   **CLARKSBURG, WEST VIRGINIA**
222 WEST MAIN ST
CLARKSBURG, WV 26301

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **PERMIT/FEE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,864.33 |
|---|---|---|---|

**s1753**

CLAYS REFRIGERATION
445 RIVER AVE
EUGENE, OR 97404

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,039.31 |
|---|---|---|---|

**s1754**

COACHELLA VALLEY WATER DISTRICT
PO BOX 5000
COACHELLA, CA 92236-5000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,871.74 |
|---|---|---|---|

**s1755**

COAST ELECTRIC POWER ASSOCIATION
COAST EPA
DEPARTMENT 1340
PO BOX 2153
BIRMINGHAM, AL 35287-1340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.98 |
|---|---|---|---|

**s1756**

COASTAL REFRIGERATION SERVICE INC
2159 HIGHWAY 544, UNIT C
CONWAY, SC 29526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,956.02 |
| s1757 | COASTAL SUNBELT PRODUCE CO<br>PO BOX 62860<br>BALTIMORE, MD 21264-2860 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **FOOD/BEVERAGE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,983.00 |
| s1758 | COBBLESTONE PROPERTIES LLC<br>C/O SR MANAGEMENT SERVICES INC<br>900 N THIRD STREET<br>MINNEAPOLIS, MN 55401 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $176,423.22 |
| s1426 | COBBLESTONE PROPERTIES, LLC<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **LITIGATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,030.18 |
| s1759 | COCA COLA NORTH AMERICA<br>PO BOX 102703<br>ATLANTA, GA 30368-2703 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,687.71 |
|---|---|---|---|
| s1760 | COFFEY REFRIGERATION<br>PO BOX 6257<br>KENNEWICK, WA  99336 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,348.73 |
|---|---|---|---|
| s1761 | COIL CLEANERS<br>PO BOX 5021<br>SPANAWAY, WA  98387 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $536,708.69 |
|---|---|---|---|
| s1762 | COLE BU PORTFOLIO II LLC<br>PO BOX 732928<br>DALLAS, TX  75373-2928 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,433.52 |
|---|---|---|---|
| s1763 | COLUMBIA FIRE PROTECTION<br>3019 DUPORTAIL ST #124<br>RICHLAND, WA  99352 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,002.02 |

**s1764**

COLUMBIA GAS
PO BOX 4629
CAROL STREAM, IL  60197-4629

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $10,420.75

**s1765**

COMMERCE, GEORGIA
PO BOX 499
COMMERCE, GA  30529-0010

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $22,038.75

**s1173**

COMMERCIAL COLLECTION CORP
OF NY, INC FOR PEOPLE READY
34 SEYMOUR ST. TONAWANDA
TONAWANDA, NY  14150

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **4/7/2021**

Basis for the claim:   DEMAND LETTER

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $2,750.00

**s1766**

COMMERCIAL EXPRESS HVAC INC
PO BOX 710748
HERNDON, VA  20171

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)                                                    21-30723-SGJ

Debtor Name                                                                         Case Number (if known)

# Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,212.70 |

**3.161** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $4,212.70

**s1767** CONSTELLATION NEWENERGY INC
PO BOX 4640
CAROL STREAM, IL 60197-4640

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $1,647.44

**s1768** CONSTELLATION NEWENERGY-GAS DIVISION LLC
15246 COLLECTIONS CENTER DRIVE
BANK OF AMERICA LOCKBOX SERVICES
CHICAGO, IL 60693-0001

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $153.65

**s1769** CONTINENTAL AIR CONDITIONING INC
3446 IVAR AVE
ROSEMEAD, CA 91770

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $850.00

**s1770** CONTRACTOR FIRE PROTECTION INC
PO BOX 21514
MESA, AZ 85277

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 50 of 178

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,526.00 |
|---|---|---|---|

s1771 **COOL STYLE CARPET CLEANING**
PO BOX 531134
SAN DIEGO, CA 92153-1134

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $757.37 |
|---|---|---|---|

s1772 **COPPERFIELD PLUMBING**
514 SAN REMO ST
FAIRFIELD, CA 94533

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.13 |
|---|---|---|---|

s1773 **CORREA, DIANA**
ADDRESS REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **EMPLOYEE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,168.36 |
|---|---|---|---|

s1774 **COUETTE ELECTRIC LLC**
101 SUNSET LANE
YAKIMA, WA 98901

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)                                                    21-30723-SGJ

Debtor Name                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.80 |
|---|---|---|---|

s1775    COVINA, CALIFORNIA
ALARM PROGRAM
PO BOX 141565
IRVING, TX 75014-1565

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.00 |
|---|---|---|---|

s1776    COZZINI BROS INC
350 HOWARD AVE
DES PLAINES, IL 60018

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,933.52 |
|---|---|---|---|

s1501    CROOK BROTHERS,INC.
ADDRESS REDACTED

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   SETTLEMENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,200.00 |
|---|---|---|---|

s1777    CRUNCHTIME! INFORMATION SYSTEMS, INC.
129 PORTLAND ST
2ND FLOOR
BOSTON, MA 02114

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   IT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.25 |
|---|---|---|---|

**s1778** CUMMINGS SEALCOAT & STRIPING
731 SECOND CREEK ROAD
SISSONVILLE, WV 25320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.39 |
|---|---|---|---|

**s1156** CURRENCY EXCHANGE
BARR MANAGEMENT
6408 N WESTERN AVE.
CHICAGO, IL 606450

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   DEMAND LETTER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1096** CURTIS LENARD
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/18/2018

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.11 |
|---|---|---|---|

**s1779** D & J PLUMBING INC
PO BOX 375
COMMERCE, GA 30529

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,854.95 |
|---|---|---|---|

**s1780**

DAKOTA ELECTRIC ASSOCIATION
PO BOX 64427
ST PAUL, MN 55164-0427

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.95 |
|---|---|---|---|

**s1781**

DATE LABEL CORP
PO BOX 684
INDIANAPOLIS, IN 46206-0684

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034.68 |
|---|---|---|---|

**s1782**

DAYLIGHT FOODS INC
30200 WHIPPLE RD
UNION CITY, CA 94587

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **FOOD/BEVERAGE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.02 |
|---|---|---|---|

**s1783**

DAYMARK SAFETY SYSTEMS
12836 SOUTH DIXIE HIGHWAY
BOWLING GREEN, OH 43402

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.181**    Nonpriority creditor's name and mailing address

s1784    DDRM HIGHLAND GROVE LLC
PO BOX 534455
DEPT# 405049-21250-30870
ATLANTA, GA 30353-4455

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:      $200,266.44

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:    **RENT**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.182**    Nonpriority creditor's name and mailing address

s1050    DE PARRA TOVAR,JACINTA
ADDRESS REDACTED

Date or dates debt was incurred    **11/25/2018**

Last 4 digts of account number

As of the petition filing date, the claim is:      UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:    **WORKERS COMPENSATION**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.183**    Nonpriority creditor's name and mailing address

s1785    DEGARMO PLUMBING INC
300 S WASHINGTON STREET
JANESVILLE, WI 53548

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:      $258.52

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.184**    Nonpriority creditor's name and mailing address

s1786    DEL AMO FASHION CTR OPERATING CO LLC
PO BOX 409657
ACCT 5243HOMEBU
ATLANTA, GA 30384-9657

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:      $300,559.56

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:    **RENT**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.185** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,821.35

**s1787** DELMARVA POWER
PO BOX 17000
WILMINGTON, DE 19886

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,378.14

**s1788** DEMOOEI, HORMOZ
3810 PASEO PRIMARIO
CALABASAS, CA 91302-3056

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.00

**s1789** DENTONS US LLP
DEPT 3078
CAROL STREAM, IL 60132-3078

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PROFESSIONALS

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.60

**s1790** DEPARTMENT OF CONSUMER & BUSINESS SERVICES REVENUE
SERV.SECTION
PO BOX 14610
SALEM, OR 97309-0445

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)                                    21-30723-SGJ

Debtor Name                                                        Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |

s1791    DEPARTMENT OF LABOR AND INDUSTRIES          Check all that apply.
         PO BOX 34022
         SEATTLE, WA 98124-1022                      ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

         Date or dates debt was incurred   Various   Basis for the claim:   PERMIT/FEE

         Last 4 digts of account number

                                                     Is the claim subject to offset?
                                                     ☑ No
                                                     ☐ Yes

---

3.190    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $406.50

s1792    DIAMOND SHARP PRO EDGE KNIFE                Check all that apply.
         513 MERCURY LN
         BREA, CA 92821                              ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

         Date or dates debt was incurred   Various   Basis for the claim:   REPAIRS & MAINTENANCE

         Last 4 digts of account number

                                                     Is the claim subject to offset?
                                                     ☑ No
                                                     ☐ Yes

---

3.191    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $150.00

s1793    DINGER´S BACKFLOW SERVICE                   Check all that apply.
         11430 PINEHURST DRIVE
         LAKESIDE, CA 92040                          ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

         Date or dates debt was incurred   Various   Basis for the claim:   REPAIRS & MAINTENANCE

         Last 4 digts of account number

                                                     Is the claim subject to offset?
                                                     ☑ No
                                                     ☐ Yes

---

3.192    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $525.00

s1794    DIVERSIFIED UPHOLSTERY                      Check all that apply.
         2432 S DUKE AVE
         FRESNO, CA 93727                            ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

         Date or dates debt was incurred   Various   Basis for the claim:   REPAIRS & MAINTENANCE

         Last 4 digts of account number

                                                     Is the claim subject to offset?
                                                     ☑ No
                                                     ☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.71 |
|---|---|---|---|
| s1795 | DIVINITY INVESTMENTS LLC<br>418 EPIC DR<br>CHAMBERSBURG, PA 70201 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.18 |
|---|---|---|---|
| s1796 | DOMINION EAST OHIO<br>PO BOX 26785<br>RICHMOND, VA 23261-6785 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,819.74 |
|---|---|---|---|
| s1797 | DOMINION ENERGY NORTH CAROLINA<br>PO BOX 26543<br>RICHMOND, VA 23290-0001 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.70 |
|---|---|---|---|
| s1798 | DOMINION ENERGY WEST VIRGINIA<br>PO BOX 26783<br>RICHMOND, VA 23261-6783 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)                                                    21-30723-SGJ

Debtor Name                                                          Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                          **Amount of Claim**

| | | |
|---|---|---|
| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s1098**   DONNA E ICE.
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   8/28/2016

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION

Is the claim subject to offset?
☑ No
☐ Yes

---

3.198   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:          $89,412.66

**s1799**   DOWNEY DOLAN HE LLC
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.199   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:          $24,075.50

**s1800**   DPI GROUP LLC
PO BOX 3377
ATTN: PAT DESANTIS
FRESNO, CA  93650

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.200   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:          $18,508.96

**s1801**   DUCK DELIVERY PRODUCE INC
8448 NE 33RD DRIVE
PORTLAND, OR  97211

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1090** DUE,KASEY
ADDRESS REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    1/16/2020

Last 4 digts of account number

Basis for the claim:    WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,037.69 |
|---|---|---|---|

**s1802** DUFFY´S AIS LLC
3138 ONEIDA ST
SAUQUOIT, NY  13456

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,070.86 |
|---|---|---|---|

**s1803** DUKE ENERGY
PO BOX 1003
CHARLOTTE, NC  28201-1003

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.54 |
|---|---|---|---|

**s1804** DUMONT PRINTING & MAILING
PO BOX 12726
FRESNO, CA  93779

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    MARKETING

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215,975.16 |

s1805

DYNAMIC FOODS
ALAMO DYNAMIC LLC
1001 EAST 33RD ST
LUBBOCK, TX 79404-1899

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.70 |

s1806

EAST COAST FOOD EQUIPMENT
570 INDUSTRIAL DR
LEWISBERRY, PA 17339-9534

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.54 |

s1807

EASTERN FIRE & ALARM TECHNOLOGIES LLC
222 BLUE PRINCE RD
BLUEFIELD, WV 24701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,092.24 |

s1808

ECOLAB EQUIPMENT CARE
24673 NETWORK PLACE
CHICAGO, IL 60673-1246

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97,727.23 |
|---|---|---|---|

**s1809**

ECOLAB INSTITUTIONAL
655 LONE OAK DRIVE
BUILDING A1, CREDIT DEPT
EAGAN, MN 55121

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,750.04 |
|---|---|---|---|

**s1810**

ECOLAB PEST ELIMINATION
26252 NETWORK PL
CHICAGO, IL 60673-1241

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,841.53 |
|---|---|---|---|

**s1811**

ECOLAB SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,430.00 |
|---|---|---|---|

**s1812**

EDWIN L HEIM CO
1918 GREENWOOD ST
HARRISBURG, PA 17104-2328

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,167.00 |
|---|---|---|---|

s1813    EGT ENTERPRISE INC
2030 UNION ST #207
SAN FRANCISCO, CA 94123

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,708.11 |
|---|---|---|---|

s1814    ELECTRIC MOTOR REPAIR CO
9100 YELLOW BRICK RD STE H
ROSEDALE, MD 21237

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.40 |
|---|---|---|---|

s1815    ELECTRO FREEZE OF NOR CAL, LLC
4330 PINELL STREET
SACRAMENTO, CA 95838

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.14 |
|---|---|---|---|

s1816    ELLIS COFFEE CO
PO BOX 786926
PHILADELPHIA, PA 19178-6926

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **FOOD/BEVERAGE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.97 |
|---|---|---|---|
| s1818 | ENGIE RESOURCES<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,390.54 |
|---|---|---|---|
| s1819 | ENTERGY<br>PO BOX 8103<br>BATON ROUGE, LA  70891-8103 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|
| s1820 | ER REFRIGERATION<br>638 ARORA WAY<br>SANTA MARIA, CA  93458 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.00 |
|---|---|---|---|
| s1821 | ERIE COUNTY, NEW YORK<br>COMMISSIONER OF FINANCE<br>503 KENSINGTON AVE<br>BUFFALO, NY  14214 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    BUSINESS LICENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| s1079 | ESQUIVEL,MELISSA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: WORKERS COMPENSATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $714.89 |
| s1822 | ETHAN FISHER DBA FISHER CARPET CARE<br>588 ADAIR RD<br>PETERSTOWN, WV 24963 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
| s1823 | ETS PLUMBING<br>PO BOX 608<br>CLOVIS, CA 93613-0608 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,490.34 |
| s1824 | EVERSOFT INC<br>PO BOX 92769<br>LONG BEACH, CA 90809 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)                                        21-30723-SGJ

Debtor Name                                                            Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $425.00 |

**s1825**   **EXCEPTIONALLY CLEAN CARPET**
14349 SPRINGFIELD AVE
MIDLOTHIAN, IL  60445

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,650.00 |

**s1826**   **EXPERT CLEANING SERVICES**
GONZALO RICARDO SAAVEDRA
3368 COLONEL BROWN CT
STOCKTON, CA  95206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,095.68 |

**s1827**   **EXPRESS REFRIGERATION INC**
4330 PINNELL ST
SACRAMENTO, CA  95838

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,184.00 |

**s1828**   **FACILITEC WEST**
PO BOX 6008
SAN PEDRO, CA  90734

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 66 of 178

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $206,026.94 |
|-------|--------|--------|--------|

**s1829**

FAIRFIELD GATEWAY LP
C/O CROSSPOINT REALTY SERVICES
PO BOX 7365
SAN FRANCISCO, CA  94120-7365

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 |
|-------|--------|--------|--------|

**s1830**

FAIRFIELD, CALIFORNIA
1000 WEBSTER ST
BUSINESS SERVICES
FAIRFIELD, CA  94533-4883

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,999.99 |
|-------|--------|--------|--------|

**s1831**

FASHION SQUARE WEST LLC
29355 NORTHWESTERN HWY, STE 301
C/O ARI-EL ENTERPRISES INC
SOUTHFIELD, MI  48034

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,546.00 |
|-------|--------|--------|--------|

**s1832**

FILTREX SERVICE GROUP INC
1623 E APACHE STREET
TULSA, OK  74106

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1833  FIRESAFETY PROTECTION SERVICES LLC
718 10TH STREET
LAKE CHARLES, LA 70601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,203.29 |
|-------|--------------------------------------------------|------------------------------------------------|-----------|

s1834  FIRSTENERGY SOLUTIONS CORP
MON POWER
PO BOX 3615
AKRON, OH 44306-3615

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,727.48 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s1835  FISHBOWL INC
PO BOX 740513
ATLANTA, GA 30374-0513

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1836  FLOOR CARE CONCEPTS INC
PO BOX 351
MANDEVILLE, LA 70470

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                     **Amount of Claim**

---

**3.237**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $1,478.88

**s1837**    FLOYD COUNTY, GEORGIA      Check all that apply.
         TAX COMMISSIONER
         101 WEST 5TH AVE         ☐ Contingent
         ROME, GA 30161         ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred    Various      Basis for the claim:    BUSINESS LICENSE

Last 4 digts of account number

                                         Is the claim subject to offset?
                                         ☑ No
                                         ☐ Yes

---

**3.238**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      UNKNOWN

**s1073**    FOJAS,LOANA      Check all that apply.
         ADDRESS REDACTED         ☑ Contingent
                                  ☑ Unliquidated
                                  ☑ Disputed

Date or dates debt was incurred    11/11/2019      Basis for the claim:    WORKERS COMPENSATION

Last 4 digts of account number

                                         Is the claim subject to offset?
                                         ☑ No
                                         ☐ Yes

---

**3.239**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $7,546.15

**s1838**    FOOD EQUIPMENT SERVICE INC OF WILMINGTON      Check all that apply.
         3316A OLD CAPITOL TRAIL
         WILMINGTON, DE 19808         ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred    Various      Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

                                         Is the claim subject to offset?
                                         ☑ No
                                         ☐ Yes

---

**3.240**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $660.00

**s1839**    FORWARD JANESVILLE INC      Check all that apply.
         14 S JACKSON ST
         JANESVILLE, WI 53546         ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred    Various      Basis for the claim:    GENERAL & ADMINISTRATIVE

Last 4 digts of account number

                                         Is the claim subject to offset?
                                         ☑ No
                                         ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.241** Nonpriority creditor's name and mailing address

s1047 FRANCO,MONICA
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred 7/2/2020

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

UNKNOWN

---

**3.242** Nonpriority creditor's name and mailing address

s1840 FRAYER ENTERPRISES, LLC
DAVID FRAYER
PO BOX 892220
OKLAHOMA CITY, OK 73189

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: RENT

Is the claim subject to offset?

☑ No
☐ Yes

$38,664.00

---

**3.243** Nonpriority creditor's name and mailing address

s2625 FRESH ACQUISITIONS, LLC
2338 N LOOP 1604 W
SUITE 350
SAN ANTONIO, TX 78248

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: RELATED PARTY

Is the claim subject to offset?

☑ No
☐ Yes

$15,000.00

---

**3.244** Nonpriority creditor's name and mailing address

s1841 FRESNO COUNTY, CALIFORNIA
1730 S MAPLE AVE
DEPT OF AGRICULTURE
FRESNO, CA 93702

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

$12,506.86

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.78 |

**3.245** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.78

s1842    FRY'S FIRE PROTECTION LLC
PO BOX 3155
WILLIAMSPORT, PA 17701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:   UNKNOWN

s1046   FULLER,MELVIN
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **4/2/2019**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:   UNKNOWN

s1043   GALAVIZ,MIGUEL
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **7/22/2016**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:   UNKNOWN

s1075   GARCIA,OLIVIA
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **11/10/2019**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 71 of 178

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

s1843   GARDEN GROVE, CALIFORNIA
PO BOX 3070
ALARM COORDINATORS
GARDEN GROVE, CA 92842

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,418.78 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s1844   GAS SOUTH LLC
PO BOX 530552
ATLANTA, GA 30353-0552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,618.52 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s1845   GATEWAY COURTYARD LLC
C/O CROSSPOINT REALTY SERVICES
PO BOX 7365
SAN FRANCISCO, CA 94120-7365

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.99 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

s1846   GENE BLACKBURN HEATING & AIR
1104 PANTHEON DRIVE
CONWAY, SC 29526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 72 of 178

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,750.88 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s1847

**GEORGIA POWER CO**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,559.84 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s1848

**GET FRESH PRODUCE INC**
**1441 BREWSTER CREEK BLVD**
**BARTLETT, IL 60185**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212,505.00 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

s1849

**GGP MAINE MALL LLC**
**7846 SOLUTION CENTER**
**C/O THE MAINE MALL**
**CHICAGO, IL 60677-7008**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s1850

**GILLESPIE, J C**
**799 N TURKEY CREEK RD**
**LEICESTER, NC 28748**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.257** Nonpriority creditor's name and mailing address

**s1851**

GLENDALE, ARIZONA
PO BOX 800
PRIVILEGE TAX SECTION
GLENDALE, AZ 85311-0800

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:    $2,829.53

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    UTILITY

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.258** Nonpriority creditor's name and mailing address

**s1852**

GOLDEN GLO CARPET CLEANERS INC
2785 PHILMONT AVE, UNIT E
HUNTINGDON, PA 19006

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:    $1,075.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.259** Nonpriority creditor's name and mailing address

**s1853**

GOLDEN STATE EQUIPMENT REPAIR
PO BOX 728
ROSEVILLE, CA 95661

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:    $379.04

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.260** Nonpriority creditor's name and mailing address

**s1854**

GOLDEN STATE URGENT CARE
PO BOX 744062
ATLANTA, GA 30374-4062

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:    $40.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,073.41 |
|---|---|---|---|

s1855 **GOLDEN STATE WATER COMPANY**
PO BOX 9016
SAN DIMAS, CA 91773-9016

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1080 **GOULD,THOMAS**
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $160,040.00 |
|---|---|---|---|

s1856 **GRANITE VILLAGE WEST LP**
730 EL CAMINO WAY, SUITE 200
C/O ATHENA PROPERTY MANAGEMENT
TUSTIN, CA 92780

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **RENT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.71 |
|---|---|---|---|

s1857 **GREEN HILLS LAWN CARE**
2917 W 19TH AVE. #136
KENNEWICK, WA 99337

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $62,968.50 |
| s1858 | **GREENBERG TRAURIG, LLP**<br>**3333 PIEDMONT ROAD NE SUITE 2500**<br>**ATLANTA, GA 30305** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PROFESSIONALS** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $235,520.06 |
| s1859 | **GREENFIELD LP**<br>**ADDRESS REDACTED** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,992.09 |
| s1860 | **GREENFIELD, WISCONSIN**<br>**7325 WEST FOREST HOME AVE**<br>**GREENFIELD, WI 53220-0739** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,403.22 |
| s1861 | **GUARDIAN**<br>**PO BOX 677458**<br>**DALLAS, TX 75267-7458** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **INSURANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.269**

**s1044**

Nonpriority creditor's name and mailing address

GUIJARRO,MARIA
ADDRESS REDACTED

Date or dates debt was incurred   3/8/2017

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:   WORKERS COMPENSATION

Is the claim subject to offset?

- [x] No
- [ ] Yes

UNKNOWN

---

**3.270**

**s1862**

Nonpriority creditor's name and mailing address

GULF COAST PRODUCE DISTRIBUTORS INC
PO BOX 203
BILOXI, MS  39533-0203

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$4,435.90

---

**3.271**

**s1863**

Nonpriority creditor's name and mailing address

GULF POWER COMPANY
PO BOX 29090
MIAMI, FL  33102-9090

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?

- [x] No
- [ ] Yes

$11,090.68

---

**3.272**

**s1864**

Nonpriority creditor's name and mailing address

GUS PROFESSIONAL CARPET CLEANING LLC
1932 W FOREST HOME AVE
MILWAUKEE, WI  53204

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$350.00

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
| --- | --- | --- | --- |

s1865 GUSTAVO ALVAREZ VELASQUEZ
146 GOLDEN ROAD
PERRIS, CA 92570

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.59 |
| --- | --- | --- | --- |

s1866 HANDY HANKS REPAIR SERVICE
HENRY A SEIB
852 E GOSHEN AVE
FRESNO, CA 93720

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
| --- | --- | --- | --- |

s1867 HANDYMAN EDDIE
ADULFO ARAMBULA
4770 SOUTHGATE PARKWAY
MYRTLE BEACH, SC 29579

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.75 |
| --- | --- | --- | --- |

s1868 HANSON SERVICES LLC
56587 STEPHANIE LN
ROCK CREEK, MN 55063

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 |
|---|---|---|---|

s1869 HARPER MACHINE & IRON WORKS INC
611 SW BOWENS MILL RD
DOUGLAS, GA 31533

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

s1870 HARRISON CLARKSBURG, WEST VIRGINIA
330 W MAIN ST
HEALTH DEPT
CLARKSBURG, WV 26301

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,682.49 |
|---|---|---|---|

s1872 HAYNES HEATING & COOLING
PO BOX 16589
ASHEVILLE, NC 28816

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,097.75 |
|---|---|---|---|

s1873 HAYWARD WATER SYSTEM
PO BOX 6004
HAYWARD, CA 94540

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.64 |
| s1874 | HAYWARD, CALIFORNIA<br>PO BOX 398258<br>SAN FRANCISCO, CA 94139 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,306.44 |
| s1875 | HAZ HOLDINGS, LLC<br>25401 CABOT RD, STE 208<br>LAGUNA HILLS, CA 92653 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $716.02 |
| s1876 | HEDRICK FIRE PROTECTION<br>13309 CENTRAL AVE<br>CHINO, CA 91710 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,288.08 |
| s1877 | HELEN THOMPSON MEDIA, INC.<br>18911 HARDY OAK BLVD SUITE#141<br>SAN ANTONIO, TX 78258 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    MARKETING | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $344.00 |

**3.285**

**s1878**  HEMET, CALIFORNIA
445 E FLORIDA AVE
BUSINESS LICENSE
HEMET, CA 92543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

$344.00

---

**3.286**  **Nonpriority creditor's name and mailing address**

**s1879**  HERITAGE FOOD SERVICE EQUIPMENT INC
PO BOX 71595
CHICAGO, IL 60694-1595

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

$792.79

---

**3.287**  **Nonpriority creditor's name and mailing address**

**s1880**  HGGA PROMENADE LP
PO BOX 8700
NEWPORT BEACH, CA 92658-8700

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

$303,577.45

---

**3.288**  **Nonpriority creditor's name and mailing address**

**s1881**  HIGHLAND, INDIANA
3333 RIDGE ROAD
OFFICE OF THE CLERK - TREASURER
UTILITIES BILLING BUREAU
HIGHLAND, IN 46322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

$2,362.19

---

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

**21-30723-SGJ**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,477.80 |
|---|---|---|---|

**s1882**   HILLER PLUMBING HEATING & COOLING CO INC
915 MURFREESBORO PIKE
NASHVILLE, TN  37217

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.96 |
|---|---|---|---|

**s1883**   HOBART SALES & SERVICE - DUNBAR
PO BOX 3563
CAROL STREAM, IL  60132-3563

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 |
|---|---|---|---|

**s1884**   HOLT PLUMBING LLC
2608 MURFREESBORO RD STE 100
NASHVILLE, TN  37217

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.00 |
|---|---|---|---|

**s1885**   HOOD GUYZ
7711 N MILITARY TRAIL
SUITE 220
PALM BEACH GARDENS, FL  33410

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $766.00 |

**3.293**

**s1886**  HOODFILTERS.COM

As of the petition filing date, the claim is:                          $766.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.294**

**s1888**  HOSKINS ELECTRIC LLC
14837 ELMWOOD DR
WOODBRIDGE, VA

As of the petition filing date, the claim is:                          $252.98

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.295**

**s1889**  HPC STONECREEK INVESTORS, LP
18321 VENTURA BLVD SUITE 980
TARZANA, CA  91356

As of the petition filing date, the claim is:                          $107,135.09

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **RENT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.296**

**s1890**  HUERTA LANDSCAPE & MAINTENANCE
PO BOX 1417
SAN MARCOS, CA  92079

As of the petition filing date, the claim is:                          $1,800.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.75 |
|---|---|---|---|

s1891

IAM MOWING
700 BROOK HOLLOW DR
CONROE, TX 77385

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,348.52 |
|---|---|---|---|

s1892

ICEE COMPANY
PO BOX 515723
LOS ANGELES, CA 90051-5203

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **FOOD/BEVERAGE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.65 |
|---|---|---|---|

s1893

INDFOSS REFRIGERATION INC
2102 THRASHER CT
UNION CITY, CA 94587

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,500.00 |
|---|---|---|---|

s1894

INK LINK MARKETING LLC
6073 NW 167 ST. C18
HIALEAH, FL 33015

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **MARKETING**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.301** Nonpriority creditor's name and mailing address

s1895    IRC RETAIL CENTERS
75 REMITTANCE DRIVE DEPT 3128
LEASE#1994
CHICAGO, IL 60675-3128

As of the petition filing date, the claim is:

Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    RENT

Is the claim subject to offset?

- [x] No
- [ ] Yes

$184,953.39

---

**3.302** Nonpriority creditor's name and mailing address

s1896    IRRI-CARE PLUMBING AND BACKFLOW TESTING INC
415 GREENDALE DR
LA PUENTE, CA 91746

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$955.00

---

**3.303** Nonpriority creditor's name and mailing address

s1897    ISAIAS RODRIGUEZ HOOD CLEANING
1513 SUNSET ST
BARSTOW, CA 92311

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$450.00

---

**3.304** Nonpriority creditor's name and mailing address

s1503    J AMROGI FOOD DISTRIBUTION, INC
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    SETTLEMENT

Is the claim subject to offset?

- [x] No
- [ ] Yes

$2,504.37

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.305** Nonpriority creditor's name and mailing address

s1898 J BERRY CO INC
9233 LAKEWOOD BLVD
DOWNEY, CA 90240

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

$17,748.89

---

**3.306** Nonpriority creditor's name and mailing address

s1899 JAC SERVICES LLC
107 ELKS LODGE LANE
SUMMERVILLE, SC 29483

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$2,625.66

---

**3.307** Nonpriority creditor's name and mailing address

s1900 JANESVILLE MUNICIPAL UTILITIES
PO BOX 5005
JANESVILLE, WI 53547-5005

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

$1,449.07

---

**3.308** Nonpriority creditor's name and mailing address

s1901 JANESVILLE, WISCONSIN
CLERK-TREASURERS OFFICE
PO BOX 5005
JANESVILLE, WI 53547-5005

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

$183.00

---

**Buffets LLC (aka Ovation Brands)**

**21-30723-SGJ**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,383.35 |
|---|---|---|---|

s2612

JBP KIRKLAND LLC
MICHAEL R. JONES
1250 PACIFIC AVENUE, SUITE 100
TACOMA, WA 98402

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim: PROPERTY TAX DUE TO LANDLORD

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220,779.00 |
|---|---|---|---|

s1902

JBP PROPERTIES LLC
C/O BANK OF THE WEST
1250 PACIFIC AVENUE, SUITE 100
TACOMA, WA 98402

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim: RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00 |
|---|---|---|---|

s1903

JCR CONSTRUCTION LLC
4277 WEATHERS ST NE
SALEM, OR 97301

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim: REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,744.49 |
|---|---|---|---|

s1486

JENNIFER HERNANDEZ
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim: LITIGATION-WAGE&HOUR

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.313** Nonpriority creditor's name and mailing address

s1904  JHM SIGNS
1593 SPRINGTOWN ROAD
ALPHA, NJ 08865

As of the petition filing date, the claim is:                    $1,200.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

s1905  JK FOOD EQUIPMENT
6 BROOKGREEN PL
ASHEVILLE, NC 28804

As of the petition filing date, the claim is:                    $485.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

s1906  JNB SIGNS INC
1221 VENTURE DRIVE, SUITE #1
JANESVILLE, WI 53546

As of the petition filing date, the claim is:                    $406.75

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

s1907  JO STARRATT
7690 VETERANS HWY
SCOTTSVILLE, KY 42164

As of the petition filing date, the claim is:                    $7.41

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,860.06 |
|-------|--------------------------------------------------|------------------------------------------------|-----------|

s1908

JORGENSEN & SONS INC.
PO BOX 398655
SAN FRANCISCO, CA 94139-8655

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.53 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1909

JORGENSEN CO
PO BOX 398655
SAN FRANCISCO, CA 94139-8655

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1097

JOSEPH GRIGSBY
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     12/30/2016

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,897.26 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s1910

JUST ENERGY SOLUTIONS INC.
PO BOX 101141
PASADENA, CA 91189-1141

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.65 |

s1911   KANAWHA CHARLESTON, WEST VIRGINIA
PO BOX 927
HEALTH DEPT
CHARLESTON, WV 25323

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.322   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $17,216.78

s1912   KATSIROUBAS PRODUCE
40 NEW MARKET SQUARE
BOSTON, MA 02118

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.323   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $1,593.91

s1913   KENNEWICK, WASHINGTON
FALSE ALARM REDUCTION PROGRAM
PO BOX 3613
SEATTLE, WA 98124-3613

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.324   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $1,147.25

s1914   KENRICH ELECTRONICS, INC
6820 N W 63RD ST
BETHANY, OK 73008

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,711.11 |
|---|---|---|---|

**s1915** KERN COUNTY, CALIFORNIA
1115 TRUXTUN AVE 2ND FL
TAX COLLECTOR
BAKERSFIELD, CA 93301

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **PERMIT/FEE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1440** KIMCO OF PENNSYLVANIA TRUST
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **LITIGATION**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,989.22 |
|---|---|---|---|

**s1916** KIMCO REALTY CORP
PO BOX 62045
NEWARK, NJ 07101

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **RENT**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149,478.06 |
|---|---|---|---|

**s1917** KIMCO REALTY CORPORATION
PO BOX 62045
LEASE ID SPAH0193A-LOLD/CO00
NEWARK, NJ 07101

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **RENT**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.00 |
|---|---|---|---|

s1918    KING COUNTY, WASHINGTON
500 FOURTH AVE - RM 600
TREASURY
SEATTLE, WA 98104-2340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,803.46 |
|---|---|---|---|

s1919    KINNETT PLUMBING LLC
5064 ANCHORSTONE DR
WOODBRIDGE, VA 22192

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223,920.84 |
|---|---|---|---|

s1920    KIR COVINA LP
PO BOX 62045
NEWARK, NJ 07101

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,472.36 |
|---|---|---|---|

s1921    KIR SMOKETOWN STATION LP
P O.BOX 62045
NEWARK, NJ 07101

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.45 |
| **s1922** | KOOL TEMP LLC<br>460 BUCKEYE LANE<br>NACHES, WA 98908 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,028.41 |
| **s1923** | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES<br>865 SOUTH FIGUEROA STREET 32ND FLOOR<br>LOS ANGELES, CA 90017-5431 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.05 |
| **s1924** | LAKE CHARLES, LOUISIANA<br>PO BOX 3706<br>LAKE CHARLES, LA 70602-3706 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,645.20 |
| **s1926** | LAKELAND FACILITY SERVICES LLC<br>826 HIGHWAY 65<br>ROBERTS, WI 54023 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.337** Nonpriority creditor's name and mailing address

s1927 LAKEWOOD WATER DISTRICT
PO BOX 99729
TACOMA, WA 98499

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

$256.61

---

**3.338** Nonpriority creditor's name and mailing address

s1928 LAKEWOOD, CALIFORNIA
PO BOX 220
5050 CLARK AVE
LAKEWOOD, CA 90714

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

$373.97

---

**3.339** Nonpriority creditor's name and mailing address

s1929 LANCASTER CENTER EAST LLC
C/O NORTH PACIFIC MANAGEMENT, INC.
7200 NE 41ST STREET, SUITE 100
VANCOUVER, WA 98662

As of the petition filing date, the claim is:

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

$128,800.26

---

**3.340** Nonpriority creditor's name and mailing address

s1930 LANE COUNTY, OREGON
151 WEST 7TH AVE STE 430
ENVIRONMENTAL HEALTH DEPT
EUGENE, OR 97401

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

$4,529.52

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.20 |
|-------|------|------|------|
| s1931 | LAPOINTE LAW, P C<br>1200 SHERMER ROAD, SUITE 310<br>NORTHBROOK, IL 60062 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PROFESSIONALS** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.46 |
|-------|------|------|------|
| s1932 | LARSON RECORDS MANAGEMENT<br>2550 WALNUT ST<br>ROSEVILLE, MN 55113 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,734.20 |
|-------|------|------|------|
| s1933 | LERS<br>SERGIO LEON RAMIREZ<br>415 N HENRY CHAVEZ CT SUITE A<br>PO BOX 7410-2935<br>SAN LUIS, AZ 85349 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,108.84 |
|-------|------|------|------|
| s1934 | LIBERTY MUTUAL INSURANCE<br>PO BOX 91012<br>CHICAGO, IL 60680-1110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **INSURANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**s1935**
LINLEY STRICKER
6636 S.LAFEYETTE ST
CENTENNIAL, CO 80121

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,503.83 |
|---|---|---|---|

**s1936**
LIQUID ENVIRONMENTAL SOLUTIONS
PO BOX 733372
DALLAS, TX 75373-3372

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1054**
LIZAMA,EMMA
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **11/9/2016**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1067**
LONGWELL,CHERYL
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **7/17/2017**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.349**  Nonpriority creditor's name and mailing address

**s1937**  LOS ANGELES COUNTY, CALIFORNIA
225 NORTH HILL ST, ROOM 122
DEPT OF TREASURER & TAX COLLECTOR
LOS ANGELES, CA  90051-4818

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

$38,021.34

---

**3.350**  Nonpriority creditor's name and mailing address

**s1938**  LOS ANGELES DEPARTMENT OF WATER & POWER
PO BOX 30808
LOS ANGELES, CA  90030-0808

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?

☑ No
☐ Yes

$74,234.50

---

**3.351**  Nonpriority creditor's name and mailing address

**s1939**  LOS ANGELES, CALIFORNIA
PO BOX 30879
FALSE ALARMS
LOS ANGELES, CA  90030-0879

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

$6,683.24

---

**3.352**  Nonpriority creditor's name and mailing address

**s1940**  LOUIS J DIMUZIO
196 CANTERING HILLS LN
SUMMERVILLE, SC  29483

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

$91,252.56

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1444**    **LOURDES CONTRERAS**
**ADDRESS REDACTED**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim: **AGENCY DISCRIMINATION**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,857.19 |
|---|---|---|---|

**s1941**    **LOWER PAXTON TOWNSHIP AUTHORITY**
**425 PRINCE STREET**
**HARRISBURG, PA 17109-3020**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim: **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

**s1942**    **LR&L - LEAF REMOVAL & LANDSCAPE**
**7859 EAST BOYD RD**
**WOODLAWN, IL 62898**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239,306.40 |
|---|---|---|---|

**s1943**    **LUCKY MONTEBELLO SHOPPING CENT**
**217 EAST GARVEY AVE**
**C/O LISA LAU & CO**
**MONTEREY PARK, CA 91755**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s1069**

LUNA COLIMA,YESENIA
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   9/1/2019

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202,850.86 |

**s1944**

MACERICH LAKEWOOD LP
PO BOX 849464
LOS ANGELES, CA  90084-9464

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.67 |

**s1945**

MADISON SUBURBAN UTILITY DIST
PO BOX 175
MADISON, TN  37116-0175

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,722.50 |

**s1946**

MAGNUM MECHANICAL GROUP
22 ENOCHS WAY
FLETCHER, NC  28732

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1081 MALDONADO,DALILA
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim: WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,698.49 |
|---|---|---|---|

s1947 MANCHESTER, CONNECTICUT
PO BOX 191
COLLECTOR OF REVENUE
MANCHESTER, CT 06045-0191

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim: UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,040.28 |
|---|---|---|---|

s1948 MANCILL, INC
3201 MR JOE WHITE AVENUE
MYRTLE BEACH, SC 29577

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim: GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,361.76 |
|---|---|---|---|

s1949 MARICOPA COUNTY, ARIZONA
501 N 44TH ST., STE #200
ADMINISTRATIVE SERVICES
PHOENIX, AZ 85008

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim: PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

21-30723-SGJ
_____
Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,386.18 |
| **s1950** | **MARION COUNTY, OREGON**<br>**PO BOX 14500**<br>**ALARM ADMINISTRATION**<br>**SALEM, OR 97309** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $50.00 |
| **s1951** | **MARK FORHAN**<br>**507 WOODMERE XING**<br>**SAINT CHARLES, MO 63303** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
| **s1057** | **MARROQUIN,JORGE**<br>**ADDRESS REDACTED** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **5/13/2017** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,520.00 |
| **s1952** | **MARTIN ESQUIVIAS ORTEGA DBA MARTIN ESQUIVIAS GARDENING SERVICES**<br>**526 FIG STREET**<br>**BAKERSFIELD, CA 93304** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.00 |
|-------|------|------|------|
| s1953 | MARTINEZ LANDSCAPING<br>PO BOX 405<br>SANTA MARIA, CA 93456 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|------|------|------|
| s1037 | MARTINEZ,CECILIA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **7/29/2017** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|------|------|------|
| s1077 | MARTINEZ,MAGDALENA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **3/24/2017** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.51 |
|-------|------|------|------|
| s1954 | MASTERCLEAN<br>302 BERKSHIRE RD<br>MECHANICSBURG, PA 17055 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.373** Nonpriority creditor's name and mailing address

**s1955** MCCARRON & DIESS CLIENT TRUST ACCOUNT
4530 WISCONSIN AVE, N W SUITE 301
WASHINGTON, DC 20016

As of the petition filing date, the claim is:

$0.01

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   PROFESSIONALS

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address

**s1956** MCCARTNEY PRODUCE
PO BOX 219
PARIS, TN 38242-0219

As of the petition filing date, the claim is:

$8,713.59

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address

**s1957** MEDEXPRESS URGENT CARE, INC WEST VIRGINIA
PO BOX 7959
BELFAST, ME 04915-7900

As of the petition filing date, the claim is:

$196.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address

**s1958** MEDFORD, OREGON
200 S IVY ST, 2ND FLOOR
MEDFORD, OR 97501

As of the petition filing date, the claim is:

$157.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 103 of 178

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,103.81 |
|---|---|---|---|

s1450  MELODY JOHNSON
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: LITIGATION-WAGE&HOUR

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1051  MENA,REINA
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   10/10/2019

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1076  MENDOZA,ERICK
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   10/5/2019

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,745.90 |
|---|---|---|---|

s1959  MENTO PRODUCE
946 SPENCER ST
SYRACUSE, NY  13204

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim: FOOD/BEVERAGE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,134.39 |

s1960

MERCER COUNTY, WEST VIRGINIA
1501 WEST MAIN ST - SUITE 120
TREASURER OFFICE
PRINCETON, WV 24740-2600

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **PERMIT/FEE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,265.26 |

s1961

MERCHANT SERVICES--WORLDPAY HOLDING, LLC
MAIL DROP 1GH2X2
8500 GOVERNORS HILL DR
SYMMES TOWNSHIP, OH 45249-1384

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,327.69 |

s1963

MET ED
PO BOX 3687
AKRON, OH 44309-3687

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,980.49 |

s1964

METRO WATER SERVICES
PO BOX 305225
NASHVILLE, TN 37230-5225

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

s1965 METROPOLITAN GOVERNMENT-ALARM REGISTRATION
PO BOX 196321
NASHVILLE, TN 37219

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 |
|---|---|---|---|

s1966 MGA PRO PAINTERS LLC
5315 E BROADWAY RD APT 1074
MESA, AZ 85206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 |
|---|---|---|---|

s1967 MICHAEL SPEAR
2720 W BELMONT AVE
CHICAGO, IL 60618

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156,210.28 |
|---|---|---|---|

s1968 MIDTOWN NATIONAL GROUP LP
415 S CEDROS AVENUE, SUITE 240
SOLANA BEACH, CA 92075

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.389** Nonpriority creditor's name and mailing address

s1969    MILWAUKEE, WISCONSIN
PO BOX 3268
WATER WORKS
MILWAUKEE, WI 53201-3268

Date or dates debt was incurred    **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,683.60

---

**3.390** Nonpriority creditor's name and mailing address

s1167    MINNESOTA DEPARTMENT OF REVENUE
COLLECTION DIVISION
ADDRESS UNAVAILABLE AT TIME OF FILING

Date or dates debt was incurred    **12/14/2020**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:    DEMAND LETTER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,776.25

---

**3.391** Nonpriority creditor's name and mailing address

s1056    MIRANDA,ANTONITTE
ADDRESS REDACTED

Date or dates debt was incurred    **2/12/2018**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:    WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

UNKNOWN

---

**3.392** Nonpriority creditor's name and mailing address

s1095    MIRZETA HASANOVIC
ADDRESS REDACTED

Date or dates debt was incurred    **3/23/2018**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

UNKNOWN

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,529.55 |
|---|---|---|---|

s1970 **MONIQUE BUCIO DBA BUCIO`S UPHOLSTERY**
24479 VALLE DEL ORO UNIT 203
NEWHALL, CA 91321

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 |
|---|---|---|---|

s1971 **MONTEBELLO, CALIFORNIA
ALARM UNIT**
PO BOX 6112
CONCORD, CA 94524

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **PERMIT/FEE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,443.35 |
|---|---|---|---|

s1972 **MOOD MEDIA - MUZAK LLC**
PO BOX 71070
CHARLOTTE, NC 28272-1070

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1041 **MORALES,JOSE
ADDRESS REDACTED**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **3/27/2018**

Last 4 digts of account number

Basis for the claim: **WORKERS COMPENSATION**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

s1973    MORENO VALLEY MALL HOLDING LLC
22500 TOWN CIRCLE, SUITE 1206
MORENO VALLEY, CA 92553

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,566.89 |
|---|---|---|---|

s1974    MOUNTAINEER GAS COMPANY
PO BOX 580211
CHARLOTTE, NC 28258-0211

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.12 |
|---|---|---|---|

s1975    MR FIX-IT PROFESSIONAL HANDYMAN SERVICES
2076 WHITE LN #127
BAKERSFIELD, CA 93304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,708.46 |
|---|---|---|---|

s1976    MSCI 2007-IQ14 NORTH METRO PARKWAY, LLC
C/O WILSON PROPERTY SERVICES, INC
8120 EAST CACTUS ROAD, SUITE 300
SCOTTSDALE, AZ 85260

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,500.00 |

**s1977** MSP ALAMO ENTERPRISES, LLC
815-A BRAZOS ST #242
AUSTIN, TX 78701

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.402** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.52

**s1978** MT VERNON GLASS COMPANY INC
PO BOX 644
MT VERNON, IL 62864

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.403** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,842.27

**s1979** MULTNOMAH COUNTY, OREGON
847 NE 19TH AVE STE 350
HEALTH DEPT
PORTLAND, OR 97232

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.404** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.40

**s1980** MURILLO BERMUDEZ MANUEL
ADDRESS REDACTED

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **EMPLOYEE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,110.34 |
|---|---|---|---|

s1982    NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE, TN 37230-5099

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,151.51 |
|---|---|---|---|

s1983    NATIONAL FUEL GAS DISTRIBUTION CO
PO BOX 371835
PITTSBURGH, PA 15250-7835

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 |
|---|---|---|---|

s1151    NATIONWIDE ELEC CONSTRUCTION & MAINTENANCE
DAVID BLOOM
130 JEFFERSON STREET, SUITE 350
CHICAGO, IL 60661

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   1/7/2020

Basis for the claim:   DEMAND LETTER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,385.92 |
|---|---|---|---|

s1984    NCR CORP
PO BOX 198755
ATLANTA, GA 30384-8755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $298,030.70 |
| --- | --- | --- | --- |

s1985  NF PLANT ENTERPRISES LP
6222 WILSHIRE BLVD STE 400
C/O DECRON MANAGEMENT CORP
LOS ANGELES, CA 90048

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,200.00 |
| --- | --- | --- | --- |

s1986  NILES STREET FIREWOOD
8 FAIRFAX RD
BAKERSFIELD, CA 93307

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,838.34 |
| --- | --- | --- | --- |

s1987  NIPSCO
PO BOX 13007
MERRILLVILLE, IN 46411-3007

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.03 |
| --- | --- | --- | --- |

s1988  NORTH MYRTLE BEACH, SOUTH CAROLINA
1018 - 2ND AVE S
N MYRTLE BEACH, SC 29582

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.413**

**s1989**

Nonpriority creditor's name and mailing address

NORTHERN VIRGINIA CARENOW
PO BOX 744033
ATLANTA, GA 30374-4033

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$40.00

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.414**

**s1990**

Nonpriority creditor's name and mailing address

NORTHERN VIRGINIA ELECTRIC CO
PO BOX 34795
ALEXANDRIA, VA 22334-0795

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,752.16

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.415**

**s1991**

Nonpriority creditor's name and mailing address

NOSSAMAN LLP
777 SOUTH FIGUEROA STREET 34TH FLOOR
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$5,484.50

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   PROFESSIONALS

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.416**

**s1992**

Nonpriority creditor's name and mailing address

NUCO2 INC
PO BOX 9011
STUART, FL 34995-9011

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$36,337.44

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---------|------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.417**

s1993

Nonpriority creditor's name and mailing address

NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017

As of the petition filing date, the claim is:

$33,480.71

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.418**

s1994

Nonpriority creditor's name and mailing address

NYSEG
PO BOX 847812
BOSTON, MA 02284-7812

As of the petition filing date, the claim is:

$6,282.56

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.419**

s1995

Nonpriority creditor's name and mailing address

OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA
PO BOX 3700
RANCHO CUCAMONGA, CA 91729-3700

As of the petition filing date, the claim is:

$187.00

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.420**

s1996

Nonpriority creditor's name and mailing address

OCCUPATIONAL HEALTH CENTERS OF ILLINOIS, P C
PO BOX 488
LOMBARD, IL 60148-0488

As of the petition filing date, the claim is:

$281.00

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

**21-30723-SGJ**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $325,923.95 |
| s1997 | OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>PO BOX 89<br>COLUMBIA, SC 29202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PROFESSIONALS** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
| s1088 | OLIVARES,ISMAEL<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **11/1/2017** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $550.00 |
| s1998 | OMEGA SERVICES LLC<br>DBA OMEGA CARPET CLEANING<br>444 E ROOSEVELT RD #138<br>LOMBARD, IL 60148 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,302.04 |
| s1999 | ORANGE COUNTY, CALIFORNIA<br>1241 E DYER RD STE 120<br>ENVIRONMENTAL HEALTH<br>SANTA ANA, CA 92705-5611 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.425** Nonpriority creditor's name and mailing address

s1045 ORNELAS,ELSA
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred 12/10/2017

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.426** Nonpriority creditor's name and mailing address

s2000 PACE ELECTRICAL & GENERATOR SERVICES
105 CARSON DRIVE
BEAR, DE 19701

As of the petition filing date, the claim is: $7,069.83

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.427** Nonpriority creditor's name and mailing address

s2001 PACE WATER SYSTEMS INC
4401 WOODBINE RD
PACE, FL 32571

As of the petition filing date, the claim is: $3,517.70

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.428** Nonpriority creditor's name and mailing address

s2002 PACIFIC GAS & ELECTRIC COMPANY
BOX 997300
SACRAMENTO, CA 95899-7300

As of the petition filing date, the claim is: $246,517.56

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

21-30723-SGJ
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,175.74 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**s2003**  **PACIFIC POWER**
PO BOX 26000
PORTLAND, OR 97256-0001

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $185,584.25 |
|-------|--------------------------------------------------|-----------------------------------------------|-------------|

**s2004**  **PALOMAR RETAIL CENTER-RENT**
C/O PARKSTONE CO UTILITIES
3033 5TH AVE, #335
SAN DIEGO, CA 92103

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.20 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

**s2005**  **PAPER SYSTEMS INC**
4403 SOLUTIONS CENTER
LBX #774403
CHICAGO, IL 60677-4004

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**s1062**  **PASTOR PACHECO,GISELA**
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   **6/22/2019**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.433** Nonpriority creditor's name and mailing address

**s2006** PAT DESANTIS
PO BOX 3377
FRESNO, CA 93650

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

$158,008.50

---

**3.434** Nonpriority creditor's name and mailing address

**s2008** PENN JERSEY PAPER CO
9355 BLUE GRASS ROAD
PHILADELPHIA, PA 19114

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?

☑ No
☐ Yes

$3,076.87

---

**3.435** Nonpriority creditor's name and mailing address

**s2009** PENNSYLVANIA TOURISM SIGNING TRUST
2300 VARTAN WAY STE 240
HARRISBURG, PA 17110

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MARKETING

Is the claim subject to offset?

☑ No
☐ Yes

$956.00

---

**3.436** Nonpriority creditor's name and mailing address

**s2010** PEOPLEREADY INC
PO BOX 676412
DALLAS, TX 75267-6412

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?

☑ No
☐ Yes

$22,038.75

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,802.36 |
|---|---|---|---|

s2011 PEOPLES GAS
PO BOX 19100
GREEN BAY, WI 54307-9100

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,529.14 |
|---|---|---|---|

s2012 PHOENIX WHOLESALE FOOD SERVICE
PO BOX 707
FOREST PARK, GA 30298-0707

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
|---|---|---|---|

s2013 PICAYUNE CITY, MISSISSIPPI
200 HWY 11 S
PICAYUNE, MS 39466

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,254.35 |
|---|---|---|---|

s2014 PIEDMONT NATURAL GAS CO
PO BOX 1246
CHARLOTTE, NC 28201-1246

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,652.98 |
|---|---|---|---|
| s2015 | PIERCE COUNTY SEWER<br>PO BOX 11620<br>TACOMA, WA 98411-6620 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.22 |
|---|---|---|---|
| s2017 | PILOT POWER GROUP LLC<br>8910 UNIVERSITY CENTER LANE<br>SUITE 520<br>SAN DIEGO, CA 92122 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,977.60 |
|---|---|---|---|
| s2018 | PINE TREE FOOD EQUIPMENT INC<br>175 LEWISTON RD<br>GRAY, ME 04039 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,610.00 |
|---|---|---|---|
| s2019 | PISTOL'S PLUMBING & MAINTENANCE INC<br>PO BOX 12604<br>LAKE CHARLES, LA 70612-2604 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,484.80 |

**3.445**

**s2020** PLANSOURCE BENEFITS ADMINISTRATION, INC
PO BOX 932330
ATLANTA, GA 31193-2330

As of the petition filing date, the claim is:     $3,484.80

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.446**

**s2021** PLAYERLYNC, LLC
5690 DTC BLVD, SUITE 450E
GREENWOOD VILLAGE, CO 80111

As of the petition filing date, the claim is:     $7,632.40

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.447**

**s2022** PLAZA 205 GARP LLC
REF NO 614
PO BOX 843708
LOS ANGELES, CA 90084-3708

As of the petition filing date, the claim is:     $247,542.58

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.448**

**s1158** POCONO PRODUCE CO.., INC. ( VENDOR)
POCONO PRO FOODS
PO BOX 669
2504 CHIPPERFIELD DRIVE
EAST STROUDBURG, PA 18301

As of the petition filing date, the claim is:     UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   9.11.2020

Basis for the claim:   DEMAND LETTER

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $217,013.11 |

**3.449**

s2023

POCONO PROFOODS
PO BOX 669
STROUDSBURG, PA 18360

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

$217,013.11

---

**3.450**

s2024

PORTLAND GENERAL ELECTRIC
PO BOX 4438
PORTLAND, OR 97208-4438

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

$43,477.34

---

**3.451**

s2025

PORTLAND MECHANICAL CONTRACTORS GROUP
2000 SE HANNA HARVESTER DR
MILWAUKIE, OR 97222

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,459.85

---

**3.452**

s2026

PPL ELECTRIC UTILITIES
PO BOX 25222
LEHIGH VALLEY, PA 18002-5222

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

$27,236.73

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,082.50 |
| s2027 | PREFERRED PLUMBING & DRAIN<br>503 BANGS AVE STE #H<br>MODESTO, CA 95356 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,330.00 |
| s2028 | PREMIER SIGN INSTALLATIONS<br>7551 CARMELO AVENUE<br>TRACY, CA 95304 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| s1053 | PRESSLEY,EDNA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **1/2/2018** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,274.20 |
| s2029 | PRINCE WILLIAM COUNTY SERVICE AUTHORITY<br>PO BOX 71062<br>CHARLOTTE, NC 28272-1062 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $221,761.78 |
|---|---|---|---|

**s2030**

PRINCIPAL LIFE INSURANCE CO
PROPERTY 027510
PO BOX 310300
DES MOINES, IA 50331-0300

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,726.80 |
|---|---|---|---|

**s2031**

PROFESSIONAL REFRIGERATION & MAINTENANCE SVC LLC
2105 GREENSLOPE TRAIL NE
HUNTSVILLE, AL 35811

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,994.23 |
|---|---|---|---|

**s2032**

PROTECTION ONE
PO BOX 872987
KANSAS CITY, MO 64187-2987

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,935.36 |
|---|---|---|---|

**s2033**

PRU/DESERT CROSSING I LLC
PO BOX 730214
C/O UCR ASSET SERVICES
DALLAS, TX 75373-0214

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,442.28 |
|---|---|---|---|
| s2034 | PSNC ENERGY<br>PO BOX 100256<br>COLUMBIA, SC 29202-3256 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,829.02 |
|---|---|---|---|
| s2035 | PUGET SOUND ENERGY<br>PO BOX 91269<br>BOT-01H<br>BELLEVUE, WA 98009-9269 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,069.80 |
|---|---|---|---|
| s2036 | PURCELL ELECTRIC COMPANY INC<br>106 W MAIN ST<br>SALEM, IL 62881 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,396.10 |
|---|---|---|---|
| s2037 | PYE-BARKER FIRE & SAFETY LLC<br>PO BOX 714812<br>CINCINNATI, OH 45271 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.465** Nonpriority creditor's name and mailing address

s2038 QUALITY LAWNCARE
4759 BLACKS BLUFF RD
ROME, GA 30161

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,400.00

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.466** Nonpriority creditor's name and mailing address

s2039 QUALITY REFRIGERATION INC - RICHFIELD
6237 PENN AVE SOUTH STE 100
RICHFIELD, MN 55423

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,985.71

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.467** Nonpriority creditor's name and mailing address

s1093 QUINTIN,JOHN
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

UNKNOWN

Date or dates debt was incurred    **3/8/2020**

Basis for the claim:   **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.468** Nonpriority creditor's name and mailing address

s2040 RAPID LOCKSMITH SOLUTIONS LTD
505 COLIMA DR
TOLEDO, OH 43609

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$150.00

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s1094** RAULS,HELEN
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.470** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $950.88

**s2041** RAYBURN ELECTRIC COMPANY
2 DUDE STREET NW
ROME, GA 30165

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.471** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $189,517.92

**s2042** RB RIVERGATE LLC
PO BOX 930357
ATLANTA, GA 31193-0357

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.472** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $1,995.00

**s2043** READY CONSTRUCTION LLC
PO BOX 2081
WINTERSVILLE, OH 43953

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

Case Number (if known) **21-30723-SGJ**

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.75 |
|---|---|---|---|

s2044    READY ROOTER & CHAPMAN PLUMBING
90557 LINK RD
EUGENE, OR 97402

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,140.72 |
|---|---|---|---|

s2045    REALM PENNANT RETAIL PARTNERS, LLC
C/O ARCADIA MANAGEMENT GROUP
PO BOX 10
SCOTTSDALE, AZ 85252-0010

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173,946.55 |
|---|---|---|---|

s2046    REALTY INCOME CORPORATION
11995 EL CAMINO REAL
SAN DIEGO, CA 92130

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239,779.55 |
|---|---|---|---|

s2047    REALTY INCOME ILLINOIS PROPERTIES 4 LLC
PO BOX 842428
LOS ANGELES, CA 90084-2428

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,247.59 |
|---|---|---|---|
| s2613 | REALTY INCOME TEXAS PROPERTIES 1 LLC.<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA  92130 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   PROPERTY TAX DUE TO LANDLORD | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,215.00 |
|---|---|---|---|
| s2048 | RED GROOMS PAINTING<br>1982 CENTRAL AVENUE<br>SUMMERVILLE, SC  29483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.00 |
|---|---|---|---|
| s2049 | RED'S PAINTING<br>1982 CENTRAL AVENUE<br>SUMMERVILLE, SC  29483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,210.55 |
|---|---|---|---|
| s2050 | REFRIGERATION PLUS LLC<br>874 PIKES PEAK DRIVE<br>WEST RICHARD, WA  99353 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $528.32 |
| s2051 | REGIONS BANK<br>1900 5TH AVE N<br>ATTN: DEBBY STEWART - ALBH12302B<br>BIRMINGHAM, AL 35203 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
| s1411 | REINA GONZALEZ<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **LITIGATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $238,475.12 |
| s2052 | RETAIL PROPERTIES OF AMERICA INC<br>13068 COLLECTIONS CENTER DR<br>RPAI US MANAGEMENT LLC<br>CHICAGO, IL 60693 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
| s1059 | REYES TORRES,SAMUEL<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **3/28/2019** | Basis for the claim: **WORKERS COMPENSATION** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**3.485**

s1063  REYES,SAMUEL
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   6/15/2019

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.486**

s2053  REYNALDO CARPET AND UPHOLSTERY STEAM CLEANING
TWO POWERS CORPORATION
395 SYLVIA AVE
MILPITAS, CA  95035

As of the petition filing date, the claim is: $2,520.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.487**

s2054  RIALTO, CALIFORNIA
PO BOX 845083
ALARM PROGRAM
LOS ANGELES, CA  90084

As of the petition filing date, the claim is: $7,345.46

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.488**

s2055  RICKS SEPTIC SERVICE LLC
1977 HE JOHNSON RD
BOWLING GREEN, KY  42103

As of the petition filing date, the claim is: $700.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,573.12 |
|---|---|---|---|

s2056 RIVERSIDE COUNTY, CALIFORNIA
PO BOX 12005
RIVERSIDE CTY TREASURER
RIVERSIDE, CA 92502-2205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,370.84 |
|---|---|---|---|

s2058 ROBERTA A BOMAN
2119 BURR COURT
SANTA CRUZ, CA 95062

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,450.08 |
|---|---|---|---|

s2057 ROBERTA A BOMAN
2119 BURR CT
SANTA CRUZ, CA 95062

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1058 RODRIGUEZ,TRINIDAD M
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **3/21/2018**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.10 |

**s2059**

ROGER ANTLE JR
1650 NOAH BLEDSOE RD
SMITHS GROVE, KY 42171

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.494 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $847.25

**s2060**

ROME, GEORGIA
PO BOX 1711
ROME, GA 30162-1711

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.495 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: UNKNOWN

**s1040**

ROMERO,FABIOLA
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **10/27/2016**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.496 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $964.00

**s2061**

RONNIE LEE VICKERS DBA RON`S CARPET CLEANING
81 GOLDEN LN
YAKIMA, WA 98908

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.497** Nonpriority creditor's name and mailing address

s2062 ROOTER 2000
PO BOX 40111
MESA, AZ 85274

As of the petition filing date, the claim is: $1,997.16

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.498** Nonpriority creditor's name and mailing address

s2063 ROROMAN PLUMBING
PO BOX 1249
VACAVILLE, CA 95696

As of the petition filing date, the claim is: $1,112.50

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.499** Nonpriority creditor's name and mailing address

s2064 ROSS W DETWILER
44250 MERCED RD
HEMET, CA 92544

As of the petition filing date, the claim is: $50.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.500** Nonpriority creditor's name and mailing address

s2065 ROSSMAN PLUMBING
12523 LIMONITE AVE, STE 440-413
EASTVALE, CA 91752

As of the petition filing date, the claim is: $9,600.29

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 134 of 178

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.00 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

s2067

ROTO ROOTER - CA
1708 ENTERPRISE DR
PO BOX 2827
FAIRFIELD, CA 94533

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

s2068

ROTO ROOTER - EAU CLAIRE
PO BOX 587
EAU CLAIRE, WI 54702

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,753.46 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s2069

ROTO ROOTER - TRI-CITIES & WALLA WALLA
8524 W GAGE BLVD A-299
KENNEWICK, WA 99336

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,926.23 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s2070

ROTO ROOTER YAKIMA
PO BOX 819
BUSHNELL PLUMBING
YAKIMA, WA 98907

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $4,514.51 |
| s2066 | ROTO ROOTER<br>5672 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $400.00 |
| s2072 | ROY`S PLUMBING INC<br>140 COOPER AVENUE<br>TONAWANDA, NY 14150 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $12,517.88 |
| s1163 | ROYAL CUP COFFEE (VENDOR)<br>THE COLONNADE STE 800, 9901 IH 10 WEST<br>SAN ANTONIO, TX 78230 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred **12/29/2020** | Basis for the claim: **DEMAND LETTER** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $12,517.88 |
| s1169 | ROYAL CUP COFFEE FILE NUMBER: 4261-20<br>PENNY K HAVVESHAW<br>EINSTEIN & HAVVESHAW P C<br>THE COLONNADE SUITE 800, 9901 IH 10 WEST<br>SAN ANTONIO, TX 78230 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **DEMAND LETTER** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.49 |

**3.509**
s2071 **ROYAL CUP INC**
PO BOX 841000
DALLAS, TX 75284-1000

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **FOOD/BEVERAGE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.510**
s1061 **RUANO,MIRNA**
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **2/9/2020**

Last 4 digts of account number

Basis for the claim: **WORKERS COMPENSATION**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.511**
s1036 **RUIZ,LEINET**
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **2/13/2019**

Last 4 digts of account number

Basis for the claim: **WORKERS COMPENSATION**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.512**
s1441 **RUSSELL WILLIAMS**
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **AGENCY DISCRIMINATION**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,159,192.35 |
|-------|------------------------------------------------|-----------------------------------------------|---------------|

s2073

SALADINO`S INC
PO BOX 12266
FRESNO, CA 93777-2266

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **FOOD/BEVERAGE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|------------------------------------------------|-----------------------------------------------|---------|

s1055

SALCEDO,JESUS
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred **11/9/2016**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|------------------------------------------------|-----------------------------------------------|---------|

s1066

SALGADO,SONIA
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred **9/13/2016**

Basis for the claim: **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,488.84 |
|-------|------------------------------------------------|-----------------------------------------------|------------|

s2074

SAN BERNARDINO COUNTY, CALIFORNIA
268 W HOSPITALITY LN, 1ST FLOOR
SBC TAX COLLECTOR
SAN BERNARDINO, CA 92415

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.517** Nonpriority creditor's name and mailing address

s2075   SAN DIEGO COUNTY, CALIFORNIA
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101

As of the petition filing date, the claim is:     $9,472.34

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.518** Nonpriority creditor's name and mailing address

s2076   SAN DIEGO GAS & ELECTRIC COMPANY
PO BOX 25111
SANTA ANA, CA 92799-5111

As of the petition filing date, the claim is:     $54,185.19

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.519** Nonpriority creditor's name and mailing address

s2077   SAN DIEGO, CALIFORNIA
PO BOX 121431
PERMITS & LICENSING, MS 735
SAN DIEGO, CA 92112

As of the petition filing date, the claim is:     $310.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.520** Nonpriority creditor's name and mailing address

s2078   SAN JOAQUIN COUNTY, CALIFORNIA
1868 E HAZELTON AVE
ENVIRONMENTAL HEALTH DEPT
STOCKTON, CA 95205

As of the petition filing date, the claim is:     $425.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   LICENSE/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,695.80 |

s2079  SAN JOSE WATER COMPANY
110 W TAYLOR ST
SAN JOSE, CA  95110-2131

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,844.95 |

s2080  SAN JOSE, CALIFORNIA
PO BOX 39000
BUREAU OF FIRE PREVENTION - DEPT 34347
SAN FRANCISCO, CA  94139

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

s1064  SANDOVAL,PAULA
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **2/20/2020**

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

s1072  SANDOVAL,VICTOR
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **7/14/2019**

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,842.00 |
|-------|------|------|------|
| s2081 | SANDY ALEXANDER, INC. DBA DINETEC<br>200 ENTIN ROAD<br>CLIFTON, NJ 07014 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **GENERAL & ADMINISTRATIVE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.14 |
|-------|------|------|------|
| s2082 | SANTA ANA, CALIFORNIA<br>20 CIVIC CENTER PLAZA<br>TREASURY & CUSTOMER SERVICE<br>SANTA ANA, CA 92701 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.60 |
|-------|------|------|------|
| s2083 | SANTA BARBARA COUNTY EHS/CUPA<br>2125 S CENTERPOINTE PKWY RM#333<br>SANTA MARIA, CA 93455-1340 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,269.45 |
|-------|------|------|------|
| s2084 | SANTA CLARA COUNTY, CALIFORNIA<br>70 WEST HEDDING ST<br>EAST WING, 6TH FLOOR<br>SAN JOSE, CA 95110-1767 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.529** Nonpriority creditor's name and mailing address

s2085 SANTA MARIA, CALIFORNIA
110 EAST COOK ST
RM 5
SANTA MARIA, CA 93454-5190

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is: $28.80

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PERMIT/FEE**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.530** Nonpriority creditor's name and mailing address

s2086 SANTA ROSA COUNTY, FLORIDA
6495 CAROLINE ST STE E
TAX COLLECTOR
MILTON, FL 32570

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is: $750.60

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PERMIT/FEE**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.531** Nonpriority creditor's name and mailing address

s2087 SANTEE COOPER
PO BOX 188
MONCKS CORNER, SC 29461-0188

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is: $1,322.31

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.532** Nonpriority creditor's name and mailing address

s1039 SANTILLAN,LETICIA
ADDRESS REDACTED

Date or dates debt was incurred **12/24/2017**

Last 4 digts of account number

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **WORKERS COMPENSATION**

Is the claim subject to offset?

☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)
Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,418.36 |
|---|---|---|---|

s2088   SCHAFER AND WEINER, PLLC
40950 WOODWARD AVENUE, STE 100
BLOOMFIELD HILLS, MI 48304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PROFESSIONALS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,606.50 |
|---|---|---|---|

s2089   SCHMOYER REINHARD LLP
8000 IH 10 WEST
SUITE 1600
SAN ANTONIO, TX 78230

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PROFESSIONALS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,447.47 |
|---|---|---|---|

s2090   SCOTT WASTE SERVICES LLC
PO BOX 660177
A WASTE CONNECTIONS COMPANY
DALLAS, TX 75266-0177

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $221,098.14 |
|---|---|---|---|

s2091   SEATAC VILLAGE SHOPPING CENTER LLC
PO BOX 4900
UNIT 80
PORTLAND, OR 97208

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)
Debtor Name

21-30723-SGJ
Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,079.13 |

**3.537** Nonpriority creditor's name and mailing address

s2092  SELBY FAMILY TRUST AMENDED AND RESTATED
375 TIMBERCREEK CT
RENO, NV  89511

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of Claim: **$48,079.13**

---

**3.538** Nonpriority creditor's name and mailing address

s2093  SENN BROS PRODUCE INC
327 WHOLESALE LN
WEST COLUMBIA, SC  29172

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of Claim: **$4,798.88**

---

**3.539** Nonpriority creditor's name and mailing address

s2094  SERVE COMMERCIAL DIV TEPEC INC
29378 OAKMONT CT
MURRIETA, CA  92563

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of Claim: **$145,624.01**

---

**3.540** Nonpriority creditor's name and mailing address

s2095  SERVICE SPECIALISTS OF DANE CO INC
645 S BIRD STREET
PO BOX 160
SUN PRAIRIE, WI  53590

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of Claim: **$1,199.89**

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

s2096 SERVICE WET GRINDING CO
1867 PROSPECT AVE
CLEVELAND, OH 44115

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,451.42 |
|---|---|---|---|

s2097 SHASTA COUNTY, CALIFORNIA
1855 PLACER ST STE 201
ENVIRONMENTAL HEALTH DIVISION
REDDING, CA 96001

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **PERMIT/FEE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151,223.37 |
|---|---|---|---|

s2098 SHAW MARKETPLACE PAK LLC
PO BOX 9440
FRESNO, CA 93792

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,921.50 |
|---|---|---|---|

s2099 SHOES FOR CREWS INC
PO BOX 734176
CHICAGO, IL 60673-4176

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  **Various**

Basis for the claim:  **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)                                                    21-30723-SGJ
_____                            _____
Debtor Name                                                                         Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1082    SILVA TORRES,MIGUEL
         ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,309.20 |
|---|---|---|---|

s2100    SIMON ROOFING
         PO BOX 951109
         CLEVELAND, OH  44193

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,681.75 |
|---|---|---|---|

s2101    SIRNA & SONS MAINLINE PRODUCE
         7176 STATE RT 88
         RAVENNA, OH  44266

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim: FOOD/BEVERAGE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.00 |
|---|---|---|---|

s2102    SMC PLUMBING & DRAIN, INC.
         PO BOX 79200
         CORONA, CA  92877

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,757.33 |

**s2103**　SMITH FAMILY CLEANING
LOREN SMITH
PO BOX 43215
BROOKLYN PARK, MN 55443

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred　Various

Basis for the claim:　REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $977.50 |

**s2104**　SMITHPRINT
333 BURNET STREET
SAN ANTONIO, TX 78202

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred　Various

Basis for the claim:　MARKETING

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,315.87 |

**s2105**　SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred　Various

Basis for the claim:　UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,505.00 |

**s2106**　SOLANO COUNTY, CALIFORNIA
675 TEXAS ST STE 5500
DEPT OF RESOURCE MGMT
FAIRFIELD, CA 94533-6341

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred　Various

Basis for the claim:　PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.32 |
|---|---|---|---|

s2107   SOUTH COAST AQMD
21865 COPLEY DR
PO BOX 4943
DIAMOND BAR, CA  91765-0943

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 |
|---|---|---|---|

s2108   SOUTH PORTLAND, MAINE
PO BOX 9422
OFFICE OF CITY CLERK
SOUTH PORTLAND, ME  04116-9422

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155,580.13 |
|---|---|---|---|

s2109   SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA  91772-0001

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,901.01 |
|---|---|---|---|

s2110   SOUTHERN CALIFORNIA GAS COMPANY
PO BOX C
MONTEREY PARK, CA  91756-5111

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,853.09 |
|---|---|---|---|

**s2111** SOUTHERN SIGNS AND BANNERS
PO BOX 444
1597 HWY 17 N
LITTLE RIVER, SC 29566

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **MARKETING**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $225,377.58 |
|---|---|---|---|

**s2112** SOUTHLAND MALL LP
PO BOX 86
SDS 11-1150
MINNEAPOLIS, MN 55486-1150

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,071.32 |
|---|---|---|---|

**s2113** SOUTHWEST GAS CORP
PO BOX 24531
OAKLAND, CA 94623-1531

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **UTILITIES**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,101.39 |
|---|---|---|---|

**s2114** SPACENET INC
PO BOX 843553
KANSAS CITY, MO 64184-3553

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1439  SPADA PROPERTIES INC
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 |
|---|---|---|---|

s2115  SPARTAN SERVICES INC
760 107TH ST S
TACOMA, WA  98444

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $587,857.69 |
|---|---|---|---|

s2116  SPIRIT MASTER FUNDING VII LLC
6242 E 41ST
SPIRIT REALTY CAPITAL LOCKBOX 2860
TULSA, OK  74135

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.80 |
|---|---|---|---|

s2117  SPRING VALLEY DAIRY
PO BOX 20970
KEIZER, OR  97307-0970

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 150 of 178

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,980.09 |
|---|---|---|---|
| s2118 | SRP - STRATEGIC ENERGY MANAGER<br>PO BOX 2950<br>PHOENIX, AZ 85062-2950 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various<br>Last 4 digts of account number | Basis for the claim:   UTILITIES<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.25 |
|---|---|---|---|
| s2119 | ST LOUIS COUNTY, MISSOURI<br>41 SOUTH CENTRAL AVE<br>TREASURER DEPT PUBLIC WORKS<br>CLAYTON, MO 63105 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various<br>Last 4 digts of account number | Basis for the claim:   PERMIT/FEE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.50 |
|---|---|---|---|
| s2120 | STAN THE HOT WATER MAN<br>PO BOX 33157<br>PORTLAND, OR 97292-3157 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various<br>Last 4 digts of account number | Basis for the claim:   REPAIRS & MAINTENANCE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,164.27 |
|---|---|---|---|
| s2122 | STAN`S COMMERCIAL KITCHEN SERVICE, LLC<br>1298 CENTER RD<br>NEWVILLE, PA 17241 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various<br>Last 4 digts of account number | Basis for the claim:   GENERAL & ADMINISTRATIVE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.00 |
|---|---|---|---|

s2121    **STANLEY STEEMER CHARLESTON**
520 16TH STREET
DUNBAR, WV 25064

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,763.89 |
|---|---|---|---|

s2123    **STATEWIDE SERVICE**
603 MAIN AVE
NITRO, WV 25143

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 |
|---|---|---|---|

s2124    **STEAM SOURCE**
3049 SALEM INDUSTRIAL DR
WINSTON SALEM, NC 27127

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1060    **STEIN,RENEE**
**ADDRESS REDACTED**

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    **8/24/2019**

Basis for the claim:    **WORKERS COMPENSATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s1414    **STEPHANIE DE LA CRUZ**
**ADDRESS REDACTED**

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **LITIGATION**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,237.50 |
|---|---|---|---|

s2125    **STEPHANIE DE LA CRUZ**
**ADDRESS REDACTED**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.00 |
|---|---|---|---|

s2126    **STEVE'S CARPET CLEANING**
**STEVE WYGLE**
**516 KOURT DR**
**EUGENE, OR 97404**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,722.63 |
|---|---|---|---|

s2127    **STOCKTON, CALIFORNIA**
**425 NORTH EL DORADO STREET**
**FINANCE DIVISION**
**STOCKTON, CA 95202**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   **PERMIT/FEE**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.577** Nonpriority creditor's name and mailing address

s2128 **SUEZ WATER PENNSYLVANIA**
PO BOX 371804
PAYMENT CENTER
PITTSBURGH, PA 15250-7804

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

$2,718.08

---

**3.578** Nonpriority creditor's name and mailing address

s2129 **SUMMERVILLE COMMISSIONERS OF PUBLIC WORKS**
PO BOX 817
SUMMERVILLE, SC 29484-0817

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

$1,685.02

---

**3.579** Nonpriority creditor's name and mailing address

s2130 **SUMMIT MECHANICAL**
DANIEL KLUS
6731 SE 82ND AVE UNIT 5
PORTLAND, OR 97266

Date or dates debt was incurred **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

$13,236.00

---

**3.580** Nonpriority creditor's name and mailing address

s2626 **SUSHI ZUSHI**
2338 N LOOP 1604, STE 350
SAN ANTONIO, TX 78248

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RELATED PARTY**

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s1416**   SUSHIE ANNETTE VALENZUELA
ADDRESS REDACTED

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.46 |
|---|---|---|---|

**s2131**   SWEETWATER AUTHORITY
PO BOX 2328
CHULA VISTA, CA  91912-2328

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,965.50 |
|---|---|---|---|

**s2132**   SYSCO EASTERN MARYLAND
33300 PEACH ORCHARD RD
POCOMOKE CITY, MD  21851

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $163,214.29 |
|---|---|---|---|

**s2133**   SYSCO KNOXVILLE LLC
900 TENNESSEE AVE
KNOXVILLE, TN  37921

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

21-30723-SGJ
_____
Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,972.04 |

s2134   TACOMA PUBLIC UTILITIES
        PO BOX 11010
        CITY TREASURER
        TACOMA, WA 98411-1010

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.00 |

s2135   TALON MAINTENANCE CONTRACTING INC
        M JEFF FREUDENBERGER
        7024 BIRCHWOOD DR
        SLATINGTON, PA 18080

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,979.61 |

s2136   TAYLOR BOYS PRODUCE INC
        PO BOX 334
        ENOREE, SC 29335-0334

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,980.53 |

s2137   TECH 24
        C/O FIFTH THIRD BANK
        PO BOX 638959
        CINCINNATI, OH 45263-8959

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   IT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1052  TEETER,GREGORY M
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  9/7/2018

Basis for the claim:  WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1048  TEGELER,SHANNON
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  1/1/2018

Basis for the claim:  WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 |
|---|---|---|---|

s2138  TENNESSEE STATE
PO BOX 198990
DEPT OF AGRICULTURE
NASHVILLE, TN  37219-8990

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  LICENSE/FEE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.75 |
|---|---|---|---|

s2139  THE GLASS GURU OF STOCKTON AND LODI
906 SCARLETWOOD CT
GALT, CA  95632

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.593** Nonpriority creditor's name and mailing address

s2140 THE LOCK SHOP
30819 PACIFIC HIGHWAY SOUTH
FEDERAL WAY, WA 98003

As of the petition filing date, the claim is: $465.85

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.594** Nonpriority creditor's name and mailing address

s2141 THE PROZ
354 WILLIAMS HIGHWAY
VIENNA, WV 26105

As of the petition filing date, the claim is: $535.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.595** Nonpriority creditor's name and mailing address

s2142 THE WASSERSTROM COMPANY
PO BOX 182056
COLUMBUS, OH 43218-2056

As of the petition filing date, the claim is: $59,051.58

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.596** Nonpriority creditor's name and mailing address

s2143 THE WICHMAN COMPANY
7 N WESTWOOD AVE
TOLEDO, OH 43607

As of the petition filing date, the claim is: $5,690.22

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  Various

Basis for the claim:  GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,827.66 |
| s2144 | THERMEX REFRIGERATION LLC<br>801 E PIKE ST<br>CLARKSBURG, WV 26301 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,056.00 |
| s2145 | THF CLARKSBURG DEVELOPMENT ONE LLC<br>211 N STADIUM BLVD STE 201<br>C/O THF MANAGEMENT INC<br>COLUMBIA, MO 65203 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,859.97 |
| s2146 | THF-D CHARLESTON DEVELOPMENT LLC<br>211 N STADIUM BLVD STE 201<br>C/O THF MANAGEMENT INC<br>COLUMBIA, MO 65203 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.600** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,507.12 |
| s2147 | THOMPSON, CONNIE G<br>PO BOX 6061<br>ATASCADERO, CA 93423 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,338.11 |
| --- | --- | --- | --- |
| s2148 | THOMPSON, NED M<br>PO BOX 6061<br>ATASCADERO, CA 93423 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,674.82 |
| --- | --- | --- | --- |
| s2149 | TOLEDO EDISON COMPANY<br>PO BOX 3687<br>AKRON, OH 44309-3687 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,230.13 |
| --- | --- | --- | --- |
| s2150 | TOLEDO, OHIO<br>PO BOX 10017<br>DEPARTMENT OF PUBLIC UTILITIES - OHIO BUILDING<br>TOLEDO, OH 43604 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,445.41 |
| --- | --- | --- | --- |
| s2151 | TOOR VILLAGE, LLC<br>27725 ROAD 92<br>VISALIA, CA 93277 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **RENT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,515.26 |
|---|---|---|---|

s2152

TORKE COFFEE
PO BOX 694
SHEBOYGAN, WI 53082

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 |
|---|---|---|---|

s2153

TORRANCE, CALIFORNIA
3031 TORRANCE BLVD
BUSINESS LICENSE
TORRANCE, CA 90503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.47 |
|---|---|---|---|

s2154

TOWN OF ANMOORE
PO BOX 178
ANMOORE, WV 26323

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,047.98 |
|---|---|---|---|

s2155

TRI COUNTY ELECTRIC
3906 BROADWAY ST
MOUNT VERNON, IL 62864-2224

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.609** Nonpriority creditor's name and mailing address

s2156 TULARE COUNTY, CALIFORNIA
5957 SOUTH MOONEY BLVD
ENVIRONMENTAL HEALTH
VISALIA, CA 93277

As of the petition filing date, the claim is: $46,243.87

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **PERMIT/FEE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.610** Nonpriority creditor's name and mailing address

s2157 TURLOCK IRRIGATION DISTRICT
333 EAST CANAL DR
C/O DENNIS SWISHER
TURLOCK, CA 95380

As of the petition filing date, the claim is: $14,731.01

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.611** Nonpriority creditor's name and mailing address

s2158 TWC SERVICES, INC.
PO BOX 1612
DES MOINES, IA 50306-1612

As of the petition filing date, the claim is: $3,453.90

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.612** Nonpriority creditor's name and mailing address

s2159 TWO GUYS PLAZA LLC
44 SOUTH BAYLES AVENUE
SUITE 210
PORT WASHINGTON, NY 11050

As of the petition filing date, the claim is: $16,297.58

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  **Various**

Last 4 digts of account number

Basis for the claim:  **RENT**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
| --- | --- | --- | --- |
| **3.613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $160,000.00 |
| s2627 | TXFMP MANAGEMENT, LLC<br>2338 N LOOP 1604<br>SAN ANTONIO, TX 78248 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: RELATED PARTY | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.614** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $844.52 |
| s2160 | TYCO SIMPLEXGRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.615** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| s1402 | TYERELL MACK<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: LITIGATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,283.93 |
| s2161 | UGI UTILITIES INC<br>PO BOX 15523<br>WILMINGTON, DE 19886-5523 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

s2162 ULLOA`S LANDSCAPE SERVICE
JOHAN A ULLOA
6447 ALTON ST
RIVERSIDE, CA 92509

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,524.10 |
|---|---|---|---|

s2163 UNITED REFRIGERATION & AIR CONDITIONING
511 E 19TH STREET
BAKERSFIELD, CA 93305

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,208.36 |
|---|---|---|---|

s2164 UNITIL
PO BOX 981077
BOSTON, MA 02298-1077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $160,689.51 |
|---|---|---|---|

s2165 UPPER LAKES FOODS INC
801 INDUSTRY AVE
CLOQUET, MN 55720

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.621** Nonpriority creditor's name and mailing address

s2166    URBAN EDGE PROPERTIES LP
PO BOX 645308
PITTSBURGH, PA 15264-5308

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$22,334.79

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.622** Nonpriority creditor's name and mailing address

s2167    US FOODS INC
PO BOX 281854
ATLANTA, GA 30384-1854

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$110,277.57

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    FOOD/BEVERAGE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.623** Nonpriority creditor's name and mailing address

s1504    US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
615 E HOUSTON STREET, SUITE 533
SAN ANTONIO, TX 78205

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,400,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    JUDGEMENT ORDER

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.624** Nonpriority creditor's name and mailing address

s1071    VALENZUELA,REINA
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

Date or dates debt was incurred    **8/29/2018**

Last 4 digts of account number

Basis for the claim:    WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

s1083  VALENZUELA,REINA
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    12/3/2018

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

s1042  VALENZUELA,SUSIE
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    8/6/2019

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

s1084  VALENZUELA,SUSIE
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    10/19/2019

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

s1085  VALENZUELA,SUSIE
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    9/22/2019

Basis for the claim:   WORKERS COMPENSATION

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.629** Nonpriority creditor's name and mailing address

s1086 **VALENZUELA,SUSIE**
**ADDRESS REDACTED**

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred 6/15/2019

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.630** Nonpriority creditor's name and mailing address

s1087 **VALENZUELA,SUSIE**
**ADDRESS REDACTED**

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred 1/1/2018

Last 4 digts of account number

Basis for the claim: WORKERS COMPENSATION

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.631** Nonpriority creditor's name and mailing address

s2168 **VALLEY MALL LLC**
**ADDRESS REDACTED**

As of the petition filing date, the claim is: $212,633.86

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.632** Nonpriority creditor's name and mailing address

s2169 **VALLEY ROOTER AND PLUMBING INC**
**PO BOX 8156**
**ALTA LOMA, CA 91701**

As of the petition filing date, the claim is: $1,680.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,409.33 |
|---|---|---|---|
| s2170 | VANCOUVER PLAZA<br>PO BOX 932400<br>CLEVELAND, OH 44193 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|---|
| s2171 | VANCOUVER, WASHINGTON<br>PO BOX 8995<br>FINANCIAL SERVICES<br>VANCOUVER, WA 98668 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,131.04 |
|---|---|---|---|
| s2172 | VERIZON<br>PO BOX 660108<br>DALLAS, TX 75266-0108 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,111.18 |
|---|---|---|---|
| s2173 | VERNIS & BOWLING OF PALM BEACH, P A<br>884 U S HIGHWAY ONE<br>NORTH PALM BEACH, FL 33408 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   PROFESSIONALS | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140,390.44 |

s2174 VIEIRA, BATISTA S & DOLORES M
227 N SANTA CRUZ AVE STE B
LOS GATOS, CA 95030-7206

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134,394.19 |

s2175 VISALIA PROPERTY PARTNERSHIP
RONALD B LABOWE
PO BOX 26428
LOS ANGELES, CA 90026-0428

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,929.23 |

s2176 VISALIA, CALIFORNIA
315 E ACEQUIA AVE
VISALIA, CA 93291

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,500.00 |

s2628 VITANOVA BRANDS, LLC
2338 N. LOOP 1604 W #350
SAN ANTONIO, TX 78248

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   RELATED PARTY

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Buffets LLC (aka Ovation Brands)

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 |
|---|---|---|---|
| s2177 | VORTEX INDUSTRIES<br>1801 W OLYMPIC BLVD<br>FILE 1095<br>PASADENA, CA 91199-1095 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.28 |
|---|---|---|---|
| s2179 | WARREN COUNTY WATER DISTRICT<br>PO BOX 10180<br>BOWLING GREEN, KY 42102-4780 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,287.44 |
|---|---|---|---|
| s2181 | WARREN RURAL ELECTRIC COOPERATIVE CORP<br>PO BOX 3200<br>HOPKINSVILLE, KY 42241-3200 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **UTILITIES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,217.01 |
|---|---|---|---|
| s2182 | WASHINGTON COUNTY, OREGON<br>155 NORTH FIRST AVE MS-5<br>HEALTH DEPT<br>HILLSBORO, OR 97124-3072 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **PERMIT/FEE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.59 |
|---|---|---|---|

s2183

**WASHINGTON GAS**
PO BOX 9001036
LOUISVILLE, KY 40290-1036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s2184

**WASHINGTON STATE**
PO BOX 9034
DEPT OF LICENSING
OLYMPIA, WA 98507-9034

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $910.30 |
|---|---|---|---|

s2185

**WASHINGTON WINDOW AND GLASS INC**
5601 140TH AVE SW
ROCHESTER, WA 98579

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290,898.77 |
|---|---|---|---|

s2187

**WASTE MANAGEMENT NATIONAL**
PO BOX 740023
ATLANTA, GA 30374-0023

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

☑ No
☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.649**

s2186

Nonpriority creditor's name and mailing address

WASTE MANAGEMENT
PO BOX 541065
ANTELOPE VALLEY
LOS ANGELES, CA 90054-1065

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,315.71

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.650**

s2188

Nonpriority creditor's name and mailing address

WATER METRICS CO WEST
16120 SW 72ND AVE
PORTLAND, OR 97224

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$409.11

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.651**

s2189

Nonpriority creditor's name and mailing address

WE ENERGIES
PO BOX 90001
MILWAUKEE, WI 53290-0001

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$12,283.23

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.652**

s2190

Nonpriority creditor's name and mailing address

WEBBCO HOOD CLEANING & LAWNCARE INC
PO BOX 2166
CALLAHAN, FL 32011

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$450.00

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**
_____
Debtor Name

21-30723-SGJ
_____
Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,934.32 |
|---|---|---|---|

s2191   WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
WELLS FARGO FINANCIAL LEASING INC
PO BOX 931093
ATLANTA, GA 31193-1093

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $845.96 |
|---|---|---|---|

s2192   WESCO AIR
44 PLEASANT ST
LEWISTON, ME 04240

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,061.01 |
|---|---|---|---|

s2193   WEST VIRGINIA AMERICAN WATER
PO BOX 371880
PITTSBURGH, PA 15250-7880

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,550.20 |
|---|---|---|---|

s2194   WESTFIELD BANK FSB
PO BOX 668
WESTFIELD CENTER, OH 44251-0668

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   INSURANCE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,333.34 |
|-------|--------------------------------------------------|------------------------------------------------|-------------|

s2195

WH GRIFFITH, TRUSTEE
5120 CAMPUS DRIVE SUITE 100
NEWPORT BEACH, CA 92660

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $245,619.40 |
|-------|--------------------------------------------------|------------------------------------------------|-------------|

s2196

WHITEMAK ASSOCIATES
PO BOX 829432
PHILADELPHIA, PA 19182-9432

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **RENT**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,760.00 |
|-------|--------------------------------------------------|------------------------------------------------|-----------|

s2197

WINDELS MARX LANE & MITENBORF LLP
120 ALBANY STREET PLAZA TOWER 1 SUITE 600
NEW BRUNSWICK, NJ 08901

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **PROFESSIONALS**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,260.00 |
|-------|--------------------------------------------------|------------------------------------------------|-----------|

s2198

WISCONSIN LOGOS LLC
4918 TRIANGLE ST
MCFARLAND, WI 53558

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **Various**

Basis for the claim: **MARKETING**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

**Buffets LLC (aka Ovation Brands)**

21-30723-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s2199  WOOD COUNTY, WISCONSIN
PO BOX 8095
REGISTER OF DEEDS
WISCONSIN RAPIDS, WI 54495-8095

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  Various

Basis for the claim:  LICENSE/FEE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,252.84 |
|---|---|---|---|

s2200  XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484-9477

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  Various

Basis for the claim:  UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164,241.46 |
|---|---|---|---|

s2201  YAM AND SUE LEE LIVING TRUST
4043 MARK TERRACE
ATTN YAM LEE
SAN DIEGO, CA 92117

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred  Various

Basis for the claim:  RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,747.28 |
|---|---|---|---|

s2202  YESCO DELAWARE
459 OLD AIRPORT ROAD
NEW CASTLE, DE 19720

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred  Various

Basis for the claim:  GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Buffets LLC (aka Ovation Brands)**

Debtor Name

**21-30723-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.71 |

| s2203 | ZEPHYR SOLUTIONS INC | Check all that apply. |
| | 1050 LEAR INDUSTRIAL PKWY BLDG 1 | ☐ Contingent |
| | AVON, OH 44011 | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred **Various**

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|------------------|----------------------------------------------------------------------|------------------------------------------------|
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.<br>J. MICHAEL SUTHERLAND- TEXAS STATE BAR NO. 19524200<br>STEPHANIE F. ASS I- TEXAS STATE BAR NO. 24096737<br>901 MAIN ST., SUITE 5500<br>DALLAS, TX 75202 | s2628 | |
| VITANOVA BRANDS, LLC<br>C/O CARRINGTON, COLEMAN, SLOMAN &<br>BLUMENTHAL, L.L.P.<br>MIKE SUTHERLAND<br>901 MAIN ST., STE. 5500<br>DALLAS, TX 75202 | s2628 | |

**Buffets LLC (aka Ovation Brands)**

Debtor Name

21-30723-SGJ

Case Number (if known)

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | **Total of Claim Amounts** |
|---|---|

**5a. Total Claims from Part 1**      5a.     $2,397,507.00

**5b. Total Claims from Part 2**      5b.   +    $22,268,291.88

**PLUS UNKNOWN**

**5c. Total of Parts 1 and 2**      5c.     $24,665,798.88
Lines 5a + 5b = 5c.

**PLUS UNKNOWN**

**Fill in this information to identify the case:**

Debtor name **Buffets LLC (aka Ovation Brands)**

United States Bankruptcy Court for the: _____ District of _____

_____ (State of)

Case Number (if known): **21-30723-SGJ** Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2. 1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NATIONAL PRICING AGREEMENT | ACADEMY FIRE LIFE SAFETY LLC<br>42 BROADWAY<br>LYNBROOK, NY 11563 |
| 2. 2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>EQUIPMENT AND INSTALLATION TJ 825 (SAN LUIS OBISPO, CA) | ADT, LLC (PROTECTION ONE)<br>PO BOX 872987<br>KANSAS CITY, MO 64187-2987 |
| 2. 3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>ADDITIONAL PREMISES / EQUIPMENT / SERVICES RIDER - RYANS 2416 (CLARKSBURG, WV) | ADT, LLC (PROTECTION ONE)<br>PO BOX 872987<br>KANSAS CITY, MO 64187-2987 |
| 2. 4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>ADDITIONAL PREMISES / EQUIPMENT / SERVICES RIDER - RYANS 2380 (GREENVILLE, TN - CLOSED) | ADT, LLC (PROTECTION ONE)<br>PO BOX 872987<br>KANSAS CITY, MO 64187-2987 |

Debtor Buffets LLC (aka Ovation Brands)     Case Number (if known):    21-30723-SGJ

Nam

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ADDITIONAL PREMISES / EQUIPMENT / SERVICES RIDER - RYANS 2118 (ROME, GA) | ADT, LLC (PROTECTION ONE) PO BOX 872987 KANSAS CITY, MO 64187-2987 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ADDITIONAL PREMISES / EQUIPMENT / SERVICES RIDER - HTB 725 (MEDFORD, OR - CLOSED) | ADT, LLC (PROTECTION ONE) PO BOX 872987 KANSAS CITY, MO 64187-2987 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ADDITIONAL PREMISES / EQUIPMENT / SERVICES RIDER - THJ 835 (CHINO, CA) | ADT, LLC (PROTECTION ONE) PO BOX 872987 KANSAS CITY, MO 64187-2987 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ADDITONAL PREMISES/ EQUIPMENT/SERVICES - SECURITY PHONE LINE CONVERSIONS | ADT, LLC (PROTECTION ONE) PO BOX 872987 KANSAS CITY, MO 64187-2987 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT WIRELESS SERVICES | AIRESPRING 1801 W OLYMPIC BLVD PASADENA, CA 91199-1422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NATIONAL SERVICES AGREEMENT - LINEN SUPPLY | AMERIPRIDE SERVICES, INC. (SUBCON: ARAMARK UNIFORM & CAREER APPAREL, LLC) PO BOX 249 BEMIDJI, MN 56619-0249 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE OCB - BLDG 2513 MAIN STREET UNION GAP WA 98903 | ARCDBPPROP001 VEREIT TONIA JONES 2325 E CAMELBACK ROAD, 9TH FLOOR PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | PROPERT LEASE OCB - BLDG 1325 NEW CHURCHMANS ROAD NEWARK DE 19713 | ARCDBPPROP001 VEREIT TONIA JONES 2325 E CAMELBACK ROAD, 9TH FLOOR PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE HTB - BLDG 1431 SOUTH BRADLEY ROAD SANTA MARIA CA 93454 | ARCDPPPROP001 VEREIT DEBBIE HESTER - VP - ASSET MANAGEMENT 2325 E CAMELBACK ROAD, 9TH FLOOR PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE HTB - BLDG 127 WEST VALLEY BOULEVARD RIALTO CA 92376 | ARCDPPPROP001 VEREIT DEBBIE HESTER - VP - ASSET MANAGEMENT 2325 E CAMELBACK ROAD, 9TH FLOOR PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE HTB - BLDG 1850 W EMPIRE AVE BURBANK CA 91504 | ARCDPPPROP001 VEREIT TONIA JONES; DEBBIE HESTER - VP - ASSET MGMT 2325 E CAMELBACK ROAD, 9TH FLOOR PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT BANK ACCOUNT AGREEMENT | ARIZONA BANK AND TRUST 1000 NORTH 54TH STREET CHANDLER, AZ 85226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
| --- | --- | --- | --- |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE OCB-BUFFALO-4401 TRANSIT RD, BUFFALO, NY 14221 | BENCHMARK-CLARENCE ASSOCIATES, LLC MICHELLE P HAGER TENANT OPERATIONS ASSISTANT 4053 MAPLE RD, SUITE 200 AMHERST, NY 14226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE OCB 4401 TRANSIT RD BUFFALO NY 14221 | BENCHMARK-CLARENCE ASSOCIATES, LLC MICHELLE P HAGER TENANT OPERATIONS ASSISTANT 4053 MAPLE RD, SUITE 200 AMHERST, NY 14226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 19 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT SERVICE AGREEMENT - SOFTWARE AND PROFESSIONAL SERVICES FOR EMPLOYEE BENEFIT ADMINISTRATION | BENEFITFOCUS.COM, INC. 100 BENEFITFOCUS WAY CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 20 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE OCB 821 COUNTY ROUTE 64 ELMIRA NY 14903 | BIG FLATS CONSUMER SQUARE C/O DLC MANAGEMENT CORP BROOKE STEVENS, SENIOR LEASING REP 565 TAXTER ROAD, 4TH FLOOR ELMSFORD, NY 10523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 21 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE HTB - GRD 1850 W EMPIRE AVE BURBANK CA 91504 | BURBANK EMPIRE CENTER, LLC C/O TIARNA REAL ESTATE SERVICES, INC 15250 VENTURA BLVD , SUITE 1010 SHERMAN OAKS, CA 91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 22 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE TJ 7006 NORTH CEDAR AVENUE FRESNO CA 93720 | CEDAR POINTE INVESTORS LP KRISSY MCCULLICK 940 CALLE NEGOCIO STE 200 SAN CLEMENTE, CA 92673 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|---|---|---|---|
| | Nam | | |

**▮** Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>TJ 3801 PELANDALE AVE BUILDING D MODESTO CA 95356 | CFT NORTHPOINTE, LLC<br>TIANA C JENKINS, CHIEF OPERATING OFFICER<br>CFT PROPERTIES<br>1767 GERMANO WAY<br>PLEASANTON, CA  94566 |
| 2. 24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>OCB 14150 NICOLLET AVE BURNSVILLE MN 55337 | COBBLESTONE PROPERTIES, LLC<br>SR MANAGEMENT SERVICES, LLC<br>900 NORTH THIRD STREET<br>MINNEAPOLIS, MN  55401 |
| 2. 25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>RYAN 1000 BREVARD RD ASHEVILLE NC 28806 | COLE BU PORTFOLIO II, LLC<br>VEREIT<br>CARRIE DAVIS<br>2325 E CAMELBACK ROAD, 9TH FLOOR<br>PHOENIX, AZ  85016 |
| 2. 26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>RYAN 243 STEVEN B TANGER BLVD COMMERCE GA 30529 | COLE BU PORTFOLIO II, LLC<br>VEREIT<br>CARRIE DAVIS<br>2325 E CAMELBACK ROAD, 9TH FLOOR<br>PHOENIX, AZ  85016 |
| 2. 27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>RYAN 2305 SHORTER AVE SW ROME GA 30165 | COLE BU PORTFOLIO II, LLC<br>VEREIT<br>CARRIE DAVIS<br>2325 E CAMELBACK ROAD, 9TH FLOOR<br>PHOENIX, AZ  85016 |
| 2. 28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>MASTER LICENSE AGREEMENT | CRUNCHTIME<br>8 NEW STREET<br>BOSTON, MA  02128 |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|--------|----------------------------------|-------------------------|--------------|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 29 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE HTB 3520 W CARSON ST TORRANCE CA 90503 | DEL AMO FASHION CENTER OPERATING CO, LLC SIMON PROPERTY GROUP ATTN: LEGAL/REAL ESTATE 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 30 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT CORPORATE DINING RESTAURANT AGREEMENT | DINOVA, INC. 6455 EAST JOHNS CROSSING STE200 JOHNS CREEK, GA 30097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 31 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT STANDARD CLAIMS ADMINISTRATION AND NOTICING AGREEMENT | DONLIN, RECANO & COMPANY, INC. 6201 15TH AVENUE BROOKLYN, NY 11219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 32 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AFFILIATE AGREEMENT - PEST ELIMINATION SERVICES | ECOLAB, INC. 370 WASBASHA SAINT PAUL, MN 55102-2233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 33 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AFFILATE PARTICIPATION AGREEMENT FOR CLEANING PRODUCTS | ECOLAB, INC. 370 WASBASHA SAINT PAUL, MN 55102-2233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 34 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MERCHANT APP - CREDIT CARD | ELAVON 7300 CHAPMAN HIGHWAY KNOXVILLE, TN 37920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Buffets LLC (aka Ovation Brands)                    Case Number (if known):    21-30723-SGJ

Nam

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 35 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>TEXAS ELECTRICTY MATRIX - UNDER 50 KW - RYANS 2474 (WAXAHACHIE, TX) | ENGIE RESOURCES, LLC<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 36 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>MAINE ELECTRICTY - HTB 204 (SOUTH PORTLAND, ME) | ENGIE RESOURCES, LLC<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 37 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>NEW YORK ELECTRICTY - FIXED PRICE - OCB 237 (ELMIRA, NY) | ENGIE RESOURCES, LLC<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 38 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>OHIO ELECTRICTY - VARIABLE PRICE - RYANS 61 (TOLEDO, OH) AND RYANS 2441 (SANDUSKY, OH) | ENGIE RESOURCES, LLC<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 39 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>ILLINOIS ELECTRICTY - OCB 73 (CHICAGO, IL) | ENGIE RESOURCES, LLC<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 40 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE<br>HTB 1315 GATEWAY BLVD FAIRFIELD CA 94533 | FAIRFIELD GATEWAY, LP<br>COURTNEY JONES<br>PRINCIPAL<br>CROSSPOINT REALTY SERVICES, INC. (10/2020)<br>20211 PATIO DRIVE, SUITE 145<br>CASTRO VALLEY, CA  94546 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 41 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>BANK CARD MERCHANT AGREEMENT | FIFTH THIRD BANK (VANTIVE)<br>38 FOUNTAIN SQAURE PLAZA<br>CINCINNATI, OH 45263 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 42 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>MARKETING | FISHBOWL INC.<br>44 CANAL CENTER PLAZA, SUITE #500<br>ALEXANDRIA, VA 22314-1563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 43 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SERVICE AGREEMENT | GRUBHUB HOLDINGS, INC.<br>5 BRYANT PARK, 15TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 44 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SERVICE AGREEMENT - 3RD PARTY DELIVERY PARTNERS | GRUBHUB HOLDINGS, INC.<br>5 BRYANT PARK, 15TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 45 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SERVICE AGREEMENT - 3RD PARTY DELIVERY PARTNERS | GRUBHUB HOLDINGS, INC.<br>5 BRYANT PARK, 15TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 46 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SERVICE AGREEMENT | GRUBHUB HOLDINGS, INC.<br>5 BRYANT PARK, 15TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 47 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | CONTRACT SERVICE AGREEMENT - 3RD PARTY DELIVERY PARTNERS | GRUBHUB HOLDINGS, INC. 5 BRYANT PARK, 15TH FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 48 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | CONTRACT REAL ESATTE CONSULTING AND ADVISORY SERVICES AGREEMENT | HILCO REAL ESATTE, LLC 5 REVERE DRIVE SUITE 320 NORTHBROOK, IL 60062 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 49 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | CONTRACT NYC ELECTRIC TRANSACTION CONFIRMATION - OCB 138 (BUFFALO, NY) | HUDSON ENERGY SERVICES, LLC 105 DECKER CT SUITE 1050 IRVING, TX 75062 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 50 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | PROPERTY LEASE HTB 2900 DEERFIELD DR JANESVILLE WI 53546 | INLAND COMMERCIAL PROPERTY MANAGEMENT INC. KEVIN FORREST, REGIONAL PROPERTY MANAGER 814 COMMERCE DRIVE, SUITE 300 OAK BROOK, IL 60523 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 51 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | CONTRACT SMARTER TAKEOUT SERVICE CONTRACT (ONLINE TAKEOUT) | IT PROBLEM SOLVER, INC, 27762 ANTONIO PKWY, STE L1-469 LADERA RANCH, CA 92694 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 52 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | CONTRACT CA NATURAL GAS (SOUTHERN CALIFORNIA GAS) - BULK CONTRACT | JUST ENERGY SOLUTIONS INC. PO BOX 101141 PASADENA, CA 91189-1141 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
| --- | --- | --- | --- |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROJECT PLAN AND AGREEMENT: | KENEXA, AN IBM COMPANY (CRUNCHTIME)<br>PO BOX 827674<br>PHILADELPHIA, PA 19182-7674 |
| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>OCB 5083 JONESTOWN ROAD<br>HARRISBURG PA 17112 | KIMCO OF PENNSYLVANIA TRUST<br>JENNIFER L GORDON<br>TENANT SALES COORDINATOR<br>1954 GREENSPRING DRIVE, SUITE 330<br>TIMONIUM, MD 21093 |
| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>RYAN 1314 N MAIN STREET<br>SUMMERVILLE SC 29483 | LOUIS J DIMUZIO<br>196 CANTERING HILLS LANE<br>SUMMERVILLE, SC 29483 |
| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>HTB - GRD 127 WEST VALLEY<br>BOULEVARD RIALTO CA 92376 | MICHAEL AND SUE MURPHY<br>MICHAEL AND SUE MURPHY<br>375 TIMBERCREEK CT<br>RENO, NV 89511 |
| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY LEASE<br>TJ 1040 HELEN POWER DRIVE<br>VACAVILLE CA 95687 | MIDTOWN NATIONAL GROUP LP<br>BLAKE PUTTKAMMER<br>MIDTOWN NATIONAL GROUP<br>415 CEDROS, SUITE 215<br>SOLANA BEACH, CA 92075 |
| 2. 58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC SERVICE | MUZAK, LLC<br>DBA MOOD MEDIA ACTING<br>AS AGENT FOR THE SERVICING MUSIC SUPPLIERS<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|--------|--------------------------------|--------------------------|--------------|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|------|------|
| 2. 59 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ALOHA POS - PROFESSIONAL SERVICES STATEMENT OF WORK | NCR CORPORATION PO BOX 198755 ATLANTA, GA 30384-8755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 60 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ALOHA POS - HOSPITIALTIY ADDENDUM | NCR CORPORATION PO BOX 198755 ATLANTA, GA 30384-8755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 61 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MASTER AGREEMENT- POS SYSTEM | NCR CORPORATION PO BOX 198755 ATLANTA, GA 30384-8755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 62 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AFFILIATE PARTICIPATION AGREEMENT FOR BULK CO2 GAS | NUCO2, LLC PO BOX 9011 STUART, FL 34995-9011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 63 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE RYAN 3607 HWY 17 S NORTH MYRTLE BEACH SC 29582 | PAT DESANTIS PO BOX 3377 FRESNO, CA 93650 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 64 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT GC SERVICE AGREEMENT (PARTIALLY EXECUTED) | PATRONIX SYSTEMS, INC. 80 BRIDGE STREET NEWTON, MA 02458 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Buffets LLC (aka Ovation Brands)**                     Case Number (if known): **21-30723-SGJ**
        Nam

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT LICENSE AGT FOR TRAINING PLATFORM | PLAYERLYNC, LLC 5690 DTC BLVD, SUITE 450E GREENWOOD VILLAGE, CO 80111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE HTB 10542-A SE WASHINGTON ST PORTLAND OR 97216 | PLAZA 205 GARP, LLC GERRITY GROUP, LLC 973 LOMAS SANTA FE, SUITE A SOLANA BEACH, CA 92075 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT ALARM | PROTECTION ONE 7255 CORPORATE CENTER DR , BUIDLING 2 BAY F MIAMI, FL 33126 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT SERVICE AGREEMENT | PUNCHH INC. 1875 S. GRANT ST, SUITE 810 SAN MATEO, CA 94402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE HTB - GRD 127 WEST VALLEY BOULEVARD RIALTO CA 92376 | ROBERTA A BOWMAN DUANE BOWMAN 2110 BURR CT SANTA CRUZ, CA 95062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT PURCHASE AGREEMENT | ROYAL CUP, INC. 160 CLEAGE DRIVE BIRMINGHAM, AL 35217 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Buffets LLC (aka Ovation Brands)                    Case Number (if known):    21-30723-SGJ
Nam

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 71 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE HTB 651 PALOMAR STREET CHULA VISTA CA 91911 **State the term remaining** **List the contract number of any government contract** | SC PALOMAR RETAIL CENTER AND EC PALOMAR RETAIL CENTER, LLC ATTN: BRIAN CREPEAU, SALES & LEASING/VP OF MGMT 10721 TREENA ST., SUITE 200, SAN DIEGO, CA  92131 |
| 2. 72 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT COMMERCIAL GAS SUPPLY AGREEMENT - CAA  (THJ) **State the term remaining** **List the contract number of any government contract** | SFE CALIFORNIA ADDRESS UNAVAILABLE AT TIME OF FILING |
| 2. 73 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT COMMERCIAL GAS SUPPLY AGREEMENT - CAA  (HTB) **State the term remaining** **List the contract number of any government contract** | SFE CALIFORNIA ADDRESS UNAVAILABLE AT TIME OF FILING |
| 2. 74 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE TJ 485 MADONNA ROAD SAN LUIS OBISPO CA 93405 **State the term remaining** **List the contract number of any government contract** | SLO PROMENADE DE, LLC TKG MANAGEMENT, INC KELLY J JOHNSON 211 N STADIUM BLVD, SUITE 201 COLUMBIA, MO  65203 |
| 2. 75 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT DISTRIBUTION AGREEMENT **State the term remaining** **List the contract number of any government contract** | SYSCO CORPORATION ADDRESS UNAVAILABLE AT TIME OF FILING |
| 2. 76 | **State what the contract or lease is for and the nature of the debtor's interest** AFFILIATE PARTICIPATION AGREEMENT FOR THE SMALL WARE **State the term remaining** **List the contract number of any government contract** | THE WASSERSTROM COMPANY PO BOX 182056 COLUMBUS, OH  43218 |

Debtor **Buffets LLC (aka Ovation Brands)**     Case Number (if known): **21-30723-SGJ**
Nam

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 77 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE TJ 4015 W CALDWELL VISALIA CA 93277 | TOOR VILLAGE, LLC ARUNJOAT TOOR TOOR CAPITAL 27725 ROAD 92 VISALIA, CA 93277 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 78 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | TXFMP MANAGEMENT, LLC 2338 N LOOP 1604 SAN ANTONIO, TX 78248 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 79 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | VITANOVA BRANDS, LLC 2338 N. LOOP 1604 W #350 SAN ANTONIO, TX 78248 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 80 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MASTER SERVICES AGREEMENT - WASTE AND RECYCLING SERVICES | WASTE MANAGEMENT NATIONAL SERVICES, INC. PO BOX 740023 ATLANTA, GA 30374-0023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 81 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MASTER SERVICE AGREEMENT | WHERE 2 GET IT, INC BRANDIFY 222 S HARBOR BLVD, STE 600 ANAHEIM, CA 92805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 82 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FIRST AMENDMENT - TRADEMARK LICENSE AGREEMENT - COUNTRY BUFFET, HOMETOWN BUFFET, OLD COUNTRY BUFFET | ZENRIN USA, INC. 1350 BAYSHORE HIGHWAY, SUITE 580 BURLINGAME, CA 94010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Buffets LLC (aka Ovation Brands) | Case Number (if known): | 21-30723-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 83 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>MASTER SERVICE AGREEMENT | ZUPPLER ONL FOOD ORDERING LLC<br>2014 MALLARD CIRCLE<br>PHOENIXVILLE, PA  19460 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Buffets LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

Case number (if known) **21-30723**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **All jointly administered Debtors** | **2338 N. Loop 1604 W. Ste 350**<br>**San Antonio, TX 78248** | **Vitanova Brands, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Fire Mountain Restaurants, LLC** | **2338 N. Loop 1604 W. Ste 350**<br>**San Antonio, TX 78248** | **Unsecured Creditors Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Hometown Buffet, Inc.** | **2338 N. Loop 1604 W. Ste 350**<br>**San Antonio, TX 78248** | **Unsecured Creditors Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **OCB Purchasing, Co.** | **2338 N. Loop 1604 W. Ste 350**<br>**San Antonio, TX 78248** | **Unsecured Creditors Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350**<br>**San Antonio, TX 78248** | **Unsecured Creditors Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Buffets LLC** | Case number *(if known)* | **21-30723** |
|---|---|---|---|

▰ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Ryan's Restaurant Group, LLC** | 2338 N. Loop 1604 W. Ste 350<br>Atascosa, TX 78002-4000 | **Unsecured Creditors Trustee** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Tahoe Joe's, Inc.** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Unsecured Creditors Trustee** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Fire Mountain Restaurants, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Cole Bu Portfolio II, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.9___ |
| 2.9 | **Fire Mountain Restaurants, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Cole Bu Portfolio II, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.10___ |
| 2.10 | **Fire Mountain Restaurants, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Cole Bu Portfolio II, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.11___ |
| 2.11 | **Fire Mountain Restaurants, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Pat Desantis** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.18___ |
| 2.12 | **Fire Mountain Resturants, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Louis J Dimuzio** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.16___ |
| 2.13 | **Hometown Buffet, Inc.** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Arcdbpprop001** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

| Debtor | **Buffets LLC** | Case number *(if known)* | **21-30723** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.14 | **Hometown Buffet, Inc.** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Arcdppprop001** | ☐ D _____ ☐ E/F _____ ■ G __2.3__ |
| 2.15 | **Hometown Buffet, Inc.** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Arcdppprop001** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.16 | **Hometown Buffet, Inc.** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Roberta A. Bowman** | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.17 | **Hometown Buffet, Inc.** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Michael And Sue Murphy** | ☐ D _____ ☐ E/F _____ ■ G __2.17__ |
| 2.18 | **OCB Restaurant Company, LLC** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Plaza 205 Garp, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.19__ |
| 2.19 | **OCB Restaurant Company, LLC** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Fairfield Gateway, LP** | ☐ D _____ ☐ E/F _____ ■ G __2.13__ |
| 2.20 | **OCB Restaurant Company, LLC** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Arcdppprop001** | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.21 | **OCB Restaurant Company, LLC** | 2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248 | **Arcdbpprop001** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

| Debtor | **Buffets LLC** | Case number *(if known)* | **21-30723** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Burbank Empre Center, LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.8** |
| 2.23 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Inland Commercial Property Management In** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.14** |
| 2.24 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Del Amo Fashion Center Operating Co, LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.12** |
| 2.25 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Benchmark-Clarence Associates, LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.6** |
| 2.26 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Kimco Of Pennsylvania Trust** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.15** |
| 2.27 | **OCB Restaurant Company, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Big Flats Consumer Square** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.7** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case and this filing:**

Debtor Name __Buffets LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (*If known*): __21-30723 (SGJ)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/26/2021__          ✗ __/s/ Mark Shapiro__
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

__Mark Shapiro__
Printed name

__Chief Restructuring Officer__
Position or relationship to debtor